COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C07 3967 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(b)**<br><br>Judge:    Hon. Joseph C. Spero |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1   Pursuant to L.R. 6-1(b), eBay, Inc. ("eBay") and Michele Mazur, On Behalf of Herself

2   and all Others Similarly Situated ("plaintiffs"), stipulate as follows:

3   Whereas the complaint in the above-entitled action was filed on August 2, 2007;

4   Whereas plaintiffs have agreed to extend the time for eBay to respond to the complaint;

5   Now, Therefore, plaintiffs and eBay stipulate as follows:

6   1.   eBay shall have up to and including October 19, 2007, to answer or otherwise

7   respond to the complaint.

8   **IT IS SO STIPULATED.**

9   Dated: September 13, 2007     BALESTRIERE PLLC
                                   JOHN BALESTRIERE (*PRO HAC PENDING*)
10                                 CRAIG STUART LANZA (*PRO HAC PENDING*)

11

12                                 BY: _____

13                                 CRAIG STUART LANZA
                                   Attorneys for Plaintiff

14  Dated: September 13, 2007     COOLEY GODWARD KRONISH LLP
                                   MICHAEL G. RHODES (116127)
15                                 JOSEPH S. LEVENTHAL (221043)

16

17                                 BY: _____

18                                 JOSEPH S. LEVENTHAL (221043)
                                   Attorney For Defendant eBay, Inc.

19

20

21

22  557471 v4/SD

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.                              STIP FOR EXTENSION OF TIME
                                TO RESPOND TO COMPLAINT
                                C07 3967 JCS

TOTAL P.02