1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
   JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA 92121
4  Telephone:   (858) 550-6000
   Facsimile:   (858) 550-6420
5
   Attorneys for Defendants
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated, | Case No. C07 3967 JCS
13 | | Proof of Service
   | Plaintiff, |
14 |  |
   | v. |
15 |  |
   | EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive, |
16 |  |
17 |  |
18 |  |
19 | Defendants. |

**PROOF OF SERVICE**
**(FRCP 5)**

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

1. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the following part(ies) in this action:

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

John Balestriere, Esq.
Craig Stuart Lanza, Esq.
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007

Tel: (212) 374-5400
Fax: (212) 208-2613

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

Matthew A. Siroka, Esq.
LAW OFFICE OF MATTHEW A. SIROKA
600 Townsend Street, Suite 329E
San Francisco, CA 94103

Tel: (415) 522-1105
Fax: (415) 522-1506
Email: mas@defendergroup.com

1  Executed on September 14, 2007, at San Diego, California.

*[Signature: Barbara M. Ambrose]*

Barbara M. Ambrose