| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)<br>WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com) |
| 3 | JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)<br>4401 Eastgate Mall |
| 4 | San Diego, CA 92121<br>Telephone:   (858) 550-6000 |
| 5 | Facsimile:    (858) 550-6420 |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07 3967 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(b)**<br><br>Judge:    Hon. Joseph C. Spero |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

STIP FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
C07 3967 JCS

1  Pursuant to L.R. 6-1(b), eBay, Inc. ("eBay") and Michele Mazur, On Behalf of Herself
2  and all Others Similarly Situated ("plaintiffs"), stipulate as follows:
3  Whereas the complaint in the above-entitled action was filed on August 2, 2007;
4  Whereas plaintiffs have agreed to extend the time for eBay to respond to the complaint;
5  Now, Therefore, plaintiffs and eBay stipulate as follows:
6  1. eBay shall have up to and including October 19, 2007, to answer or otherwise
7  respond to the complaint.
8  **IT IS SO STIPULATED.**
9  Dated: September 13, 2007   BALESTRIERE PLLC
                                JOHN BALESTRIERE (*PRO HAC PENDING*)
10                              CRAIG STUART LANZA (*PRO HAC PENDING*)
11
12                              BY: _____
13                              CRAIG STUART LANZA
                                Attorneys for Plaintiff
14  Dated: September 13, 2007   COOLEY GODWARD KRONISH LLP
                                MICHAEL G. RHODES (116127)
15                              JOSEPH S. LEVENTHAL (221043)
16
17                              BY: _____
18                              JOSEPH S. LEVENTHAL (221043)
                                Attorney For Defendant eBay, Inc.
19
20
21
22  557471 v4/SD
23
24  Dated: Sept. 14, 2007        IT IS SO ORDERED
                                 Judge Joseph C. Spero
                                 UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA
25
26
27
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIP FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
C07 3967 JCS

TOTAL P.02