**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
——————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## September 18, 2007

**CASE NUMBER:  CV 07-03967 JCS**
**CASE TITLE:  MICHELE MAZUR-v-EBAY INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/17/07


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 09/17/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA