1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:    (858) 550-6000
4  Facsimile:    (858) 550-6420

5  COOLEY GODWARD KRONISH LLP
   WHITTY SOMVICHIAN (194463)
6  (wsomvichian@cooley.com)
   101 California Street 5th Floor
7  San Francisco, CA 94111
   Telephone:    (415) 693-2000
8  Facsimile:    (415) 693-2222

9  Attorneys for Defendant eBay, Inc.

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  MICHELE MAZUR, On Behalf of Herself       Case No.  C07 3967 MHP
    and all Others Similarly Situated,
15                                             **Second Stipulation to Extend Time
                  Plaintiff,                   to Respond to Complaint Pursuant
16                                             to L.R. 6-1**
       v.
17                                             Judge:    Hon. Marilyn H. Patel
    EBAY, INC., HOT JEWELRY
18  AUCTIONS.COM d/b/a JEWELRY
    OVERSTOCK AUCTIONS, HOT
19  JEWELRY AUCTIONS.COM d/b/a
    PARAMOUNT AUCTIONS, and DOES 1-
20  100, inclusive,

21                Defendants.

22
23
24
25
26
27
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
C07 3967 MHP

1 | Pursuant to L.R. 6-1, eBay, Inc. ("eBay") and Michele Mazur, On Behalf of Herself and
2 | all Others Similarly Situated ("Plaintiff"), stipulate as follows:
3 | Whereas the complaint in the above-entitled action was filed on August 2, 2007;
4 | Whereas Plaintiff and eBay previously stipulated to extend the time for eBay to respond to
5 | the complaint until October 19, 2007;
6 | Whereas Plaintiff has agreed to further extend the time for eBay to respond to the
7 | complaint;
8 | Now, therefore, Plaintiff and eBay stipulate as follows:
9 | 1. eBay shall have up to and including October 26, 2007, to answer or otherwise
10 | respond to the complaint.
11 | **IT IS SO STIPULATED.**

12 | Dated: October 5, 2007

BALESTRIERE PLLC
JOHN BALESTRIERE (*PRO HAC PENDING*)
CRAIG STUART LANZA (*PRO HAC PENDING*)

BY: /s/ Craig Stuart Lanza
CRAIG STUART LANZA
Attorneys for Plaintiff

17 | Dated: October 8, 2007

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
HEATHER C. MESERVY (223782)

BY: /s/ Heather C. Meservy
HEATHER C. MESERVY (223782)
Attorneys For Defendant eBay, Inc.

560592 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
C07 3967 MHP

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2007, I electronically filed the foregoing **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Craig Stuart Lanza  
Balestriere PLLC  
225 Broadway  
Suite 2700  
New York, NY 10007

email:  
clanza@balestriere.net

Matthew A. Siroka  
Law Office of Matthew A. Siroka  
600 Townsend Street  
Suite 329E  
San Francisco, CA 94103

email:  
mas@defendergroup.com  
jb@balestriere.net

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 8th day of October, 2007 to the following listed addresses.

John Balestriere  
Balestriere PLLC  
225 Broadway  
Suite 2700  
New York, NY 10007

Kendra Jones  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA 92121-1909  
Telephone: (858) 550-6000  
FAX: (858) 550-6420  
Email: kjones@cooley.com

COOLEY GODWARD  
KRONISH LLP  
ATTORNEYS AT LAW  
SAN DIEGO

2.

SECOND STIPULATION TO EXTEND TIME  
TO RESPOND TO COMPLAINT  
C07 3967 MHP