COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:     (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
101 California Street 5th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant eBay, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C07 3967 MHP<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1**<br><br>Judge:    Hon. Marilyn H. Patel |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
C07 3967 MHP

1. Pursuant to L.R. 6-1, eBay, Inc. ("eBay") and Michele Mazur, On Behalf of Herself and all Others Similarly Situated ("Plaintiff"), stipulate as follows:

Whereas the complaint in the above-entitled action was filed on August 2, 2007;

Whereas Plaintiff and eBay previously stipulated to extend the time for eBay to respond to the complaint until October 19, 2007;

Whereas Plaintiff has agreed to further extend the time for eBay to respond to the complaint;

Now, therefore, Plaintiff and eBay stipulate as follows:

1. eBay shall have up to and including October 26, 2007, to answer or otherwise respond to the complaint.

**IT IS SO STIPULATED.**

Dated: October 5, 2007

BALESTRIERE PLLC
JOHN BALESTRIERE (*PRO HAC PENDING*)
CRAIG STUART LANZA (*PRO HAC PENDING*)

BY: /s/ Craig Stuart Lanza
CRAIG STUART LANZA
Attorneys for Plaintiff

Dated: October 8, 2007

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
HEATHER C. MESERVY (223782)

BY: /s/ Heather C. Meservy
HEATHER C. MESERVY (223782)
Attorneys For Defendant eBay, Inc.

560592 v1/SD

10/11/2007

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
C07 3967 MHP

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2007, I electronically filed the foregoing **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Craig Stuart Lanza                             email:
Balestriere PLLC                                   clanza@balestriere.net
225 Broadway
Suite 2700
New York, NY  10007

Matthew A. Siroka                              email:
Law Office of Matthew A. Siroka           mas@defendergroup.com
600 Townsend Street                            jb@balestriere.net
Suite 329E
San Francisco, CA  94103

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 8th day of October, 2007 to the following listed addresses.

John Balestriere
Balestriere PLLC
225 Broadway
Suite 2700
New York, NY 10007

Kendra Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email:  kjones@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
C07 3967 MHP