# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mazur,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>eBay, Inc.,<br><br>                    Defendant(s). | 07-03967 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03967 MHP                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 25, 2007

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

                                      ADR Administrative Assistant
                                      415-522-4205
                                      Tim_Smagacz@cand.uscourts.gov

(left margin) **United States District Court** / Northern District of California

**Notice Re: Noncompliance With Court Order**
07-03967 MHP                             -2-

PROOF OF SERVICE

Case Name:     Mazur v. eBay, Inc.

Case Number:   07-03967 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On October 25, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Craig Stuart Lanza
>   Balestriere PLLC
>   225 Broadway
>   Suite 2700
>   New York, NY 10007
>   clanza@balestriere.net
>
>   Matthew A. Siroka
>   Law Office of Matthew A Siroka
>   600 Townsend Street
>   Suite 329E
>   San Francisco, CA 94103
>   mas@defendergroup.com
>
>   John Balestriere
>   Balestriere PLLC
>   225 Broadway
>   Suite 2700
>   New York, NY 10007
>
>   Joseph Samuel Leventhal

Cooley Godward Kronish, LLP
4401 Eastgate Mall
San Diego, CA 92121
leventhaljs@cooley.com

Michael Graham Rhodes
Cooley Godward Kronish  LLP
4401 Eastgate Mall
San Diego, CA 92121-9109
rhodesmg@cooley.com

Whitty Somvichian
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 92121
wsomvichian@cooley.com

Heather Coe Meservy
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121
hmeservy@cooley.com

Hot Jewelry Auctions.com
,

Jewelry Overstock Auctions
,

Paramount Auctions
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 25, 2007 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                *[signature: Timothy Smagacz]*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov