1  STEPHEN S. WALTERS (BAR NO. 54746)
   CATHY A. HONGOLA (BAR NO. 234489)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  swalters@allenmatkins.com
            chongola@allenmatkins.com
6
   Attorneys for Defendant
7  HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY
   OVERSTOCK AUCTIONS and PARAMOUNT
8  AUCTIONS

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| 12  MICHELE MAZUR, individually and for all others similarly situated, | Case No. C 07 3967 MHP |
|---|---|
| 13                Plaintiff, | DECLARATION OF STEPHEN S. WALTERS IN SUPPORT OF DEFENDANT HOT AUCTION JEWELRY.COM'S MOTION TO STAY ACTION PENDING ARBITRATION |
| 14  vs. | |
| 15  EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive, | Date:   December 17, 2007
Time:   2:00 p.m.
Ctrm:   15
Judge:  Hon. Marilyn Hall Patel |
| 18                Defendants. | |

19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

725341.01/SF

Case No.  C 07 3867 MHP
WALTERS DECL. ISO MOTION TO STAY
ACTION PENDING ARBITRATION

I, Stephen S. Walters, declare as follows:

1. I am a member of the law firm of Allen, Matkins, Leck, Gamble Mallory & Natsis LLP, counsel of record for Defendant Hot Jewelry Auctions.com d/b/a Jewelry Overstock Auctions and Paramount Auctions ("HJA"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this declaration in support of HJA's Motion to Stay Action Pending Arbitration.

2. Submitted herewith, marked Exhibit A, and made a part hereof is a true and correct copy of HJA's Terms and Conditions obtained on October 26, 2007 from HJA's website, http://www.hotjewelryauctions.com/tc.asp#tc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2007, at San Francisco, California.

                                              /s/ Stephen S. Walters  
                                              Stephen S. Walters