STEPHEN S. WALTERS (BAR NO. 54746)
CATHY A. HONGOLA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  swalters@allenmatkins.com
       chongola@allenmatkins.com

Attorneys for Defendant
HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY
OVERSTOCK AUCTIONS and PARAMOUNT
AUCTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE MAZUR, individually and for all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>      Defendants. | Case No. C 07 3967 MHP<br><br>[PROPOSED] ORDER STAYING ACTION PENDING ARBITRATION |

      The motion of Defendant Hot Jewelry Auctions.com d/b/a Jewelry Overstock Auctions and Paramount Auctions ("HJA") for an order to stay the action pending arbitration came on for hearing December 17, 2007.  Balestrier PLLC appeared for Plaintiff Michele Mazur.  Allen, Matkins, Leck, Gamble Mallory & Natsis LLP appeared for HJA.  Upon consideration of the documents and evidence presented by the parties in support of and in opposition to the motion, the Court's file and records in this case, and of the arguments and evidence presented at the hearing, the Court, and for good cause shown, hereby finds and orders that HJA's motion for stay pending arbitration is GRANTED, as follows:

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

725338.01/SF

Case No.  C 07 3867 MHP
[PROPOSED] ORDER STAYING ACTION
PENDING ARBITRATION

1  IT IS HEREBY ORDERED that HJA's motion is granted and all further proceedings in the
2  above-entitled action are ordered stayed until completion of the arbitration proceedings.

4  Dated: _____

   Honorable Marilyn Hall Patel
   United States District Court Judge