STEPHEN S. WALTERS (BAR NO. 54746)
CATHY A. HONGOLA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  swalters@allenmatkins.com
              chongola@allenmatkins.com

Attorneys for Defendant
HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS and PARAMOUNT AUCTIONS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE MAZUR, individually and for all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>             Defendants. | Case No. C 07 3967 MHP<br><br>DEFENDANT HOT JEWELRY AUCTIONS.COM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>Judge:  Hon. Marilyn Hall Patel |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

725379.01/SF

Case No.  C 07 3867 MHP
DEFENDANT HJA'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

1  Hill Street Jewelers USA, Inc., a California corporation, is the owner of the website
2  HotJewelryAuctions.com and uses the registered eBay User IDs Jewelry Overstock Auctions and
3  Paramount Auctions.

4  Dated: October 26, 2007

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
STEPHEN S. WALTERS
CATHY A. HONGOLA

By: /s/ Stephen S. Walters
    STEPHEN S. WALTERS
    Attorneys for Defendant
    HOT JEWELRY AUCTIONS.COM d/b/a
    JEWELRY OVERSTOCK AUCTIONS and
    PARAMOUNT AUCTIONS

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

725379.01/SF

Case No. C 07 3867 MHP
DEFENDANT HJA'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
-2-