```
COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222
```

Attorneys for DEFENDANT eBAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07 3967 MHP<br><br>**DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:       December 10, 2007<br>Time:       2:00 p.m.<br>Judge:      Hon. Marilyn H. Patel<br>Trial Date: Not yet set |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b), eBay Inc. ("eBay") hereby requests that the Court take judicial notice of the documents listed below in connection with eBay's Motion to Dismiss:

   A.   eBay's User Agreeement, referred to in paragraph 138 of Plaintiff's Class Action Complaint ("Complaint") and found at http://pages.ebay.com/help/policies/user-agreement.html, a true and correct copy of which is attached as Exhibit A to the Declaration of Whitty Somvichian

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1060834 v1/SF                           1.                          DEFENDANT EBAY INC.'S REQUEST FOR
                                                                                 JUDICIAL NOTICE
                                                                                 C 07 3967 MHP

1  In support of Defendant eBay Inc.'s Request for Judicial Notice ("Somvichian Declaration") filed
2  herewith.
3      B.   eBay's Live Auction User Agreement referred to in paragraph 138 of the
4  Complaint and found at
5  http://pages.ebay.com/liveauctions/help/community/LA/useragreement.html, a true and correct
6  copy of which is attached as Exhibit B to the Somvichian Declaration filed herewith.
7      C.   eBay's "Are Live Auctions Safe?" help page referred to in paragraphs 31 and 32
8  of the Complaint and found at http://pages.ebay.com/liveauctions/help/welcome/lasafe.html, a
9  true and correct copy of which is attached as Exhibit C to the Somvichian Declaration filed
10 herewith.
11     D.   eBay's "How Live Auctions Work" help page, referred to in paragraphs 29 and 30
12 of the Complaint, and found at
13 http://patges.ebay.com/liveauctions/help/welcome/how_works.html, a true and correct copy of
14 which is attached as Exhibit D to the Somvichian Declaration filed herewith.
15     E.   Order Granting Defendant eBay Inc.'s Motion To Dismiss The Third Cause of
16 Action, *Butler v. eBay Inc.*, 06-02704 JW (N.D. Cal. Dec. 13, 2006), a true and correct copy of
17 which is attached as Exhibit E to the Somvichian Declaration filed herewith.

## ARGUMENT

This Court may consider facts subject to judicial notice in connection with a party's motion to dismiss. *See, e.g., MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (on a motion to dismiss, court may take judicial notice of matters of public record outside the pleadings). "[D]ocuments whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir.

1994) *overruled on other grounds by Galbraith v. County of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002).

Judicial notice is appropriate for facts "not subject to reasonable dispute" that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Under Federal Rule Evidence 201(d), "[a] court shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). All of the items for which eBay requests judicial notice are "not subject to reasonable dispute" that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b).

Judicial notice of eBay's User Agreements, "Are Live Auctions Safe?" help page, "How Live Auctions Work" help page, and the documents linked thereto is appropriate because the User Agreements and the help pages are referenced in the Class Action Complaint. *See* Class Action Complaint ¶ 138, 29-32. Moreover, judicial notice of these documents is appropriate for the additional reason that they are readily available on the Internet. *See Caldwell v. Caldwell*, 420 F. Supp. 2d 1102, 1105 n.3 (N.D. Cal. 2006); *Twentieth Century Fox Film Corp. v. Marvel Enterprises, Inc.*, 220 F. Supp. 2d 289, 296 n.9 (S.D.N.Y. 2002); *Richards v. Cable News Network, Inc.*, 15 F. Supp. 2d 683, 691 (E.D. Pa. 1998)(all taking judicial notice of web pages).

Judicial notice is appropriate for the order in *Butler v. eBay Inc.*, granting eBay's motion to dismiss the third cause of action because it is an official court record. *See, MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980)(each taking judicial notice of court records).

## CONCLUSION

All the items of which eBay requests judicial notice are "not subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b). For these reasons, eBay respectfully requests that the Court grant its request and take judicial notice of the items enumerated herein.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1060834 v1/SF

3.

DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE
C 07 3967 MHP

| | |
|---|---|
| Dated: October 26, 2007 | Respectfully submitted, |
| | COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127)<br>WHITTY SOMVICHIAN (194463)<br>HEATHER C. SOMVICHIAN (223782) |
| | /s/ Whitty Somvichian<br>Whitty Somvichian |
| | Attorneys for DEFENDANT eBAY INC. |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1060834 v1/SF

4.

DEFENDANT eBAY INC.'S REQUEST FOR
JUDICIAL NOTICE
C 07 3967 MHP