COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for DEFENDANT eBAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C07 3967 MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(B)(6)**<br><br>Date:         December 10, 2007<br>Time:        2:00 p.m.<br>Judge:       Hon. Marilyn H. Patel<br>Trial Date:  Not yet set |

The motion of defendant eBay Inc. to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(B)(6) came on for hearing before this court on December 10, 2007. After consideration of the briefs filed in connection with this motion, the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT defendant's motion to dismiss with prejudice is granted.

Dated: _____

_____
Hon. Marilyn H. Patel
United States District Judge

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1060941 v1/SF

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS COMPLAINT
CASE NO. C07 3967 MHP