COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant eBay, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07 3967 MHP<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:    December 10, 2007<br>Time:    2:00 p.m.<br>Judge:   Hon. Marilyn H. Patel<br>Trial Date:   Not yet set |

I, Whitty Somvichian, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and am a partner with the firm of Cooley Godward Kronish LLP, counsel of record for Defendant eBay, Inc. ("eBay") in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of eBay's User Agreement

1  as referred to in paragraph 138 of Plaintiff's Class Action Complaint ("Complaint"). The User
2  agreement is currently available at http://pages.ebay.com/help/policies/user-agreement.html.

3.  Attached hereto as Exhibit B is a true and correct copy of eBay's Live Auction User Agreement as referred to in paragraph 138 of the Complaint. The Live Auction User Agreement is currently available at http://pages.ebay.com/liveauctions/help/community/LA_useragreement.html.

4.  Attached hereto as Exhibit C is a true and correct copy of eBay's "Are Live Auctions Safe?" help page as referred to in paragraphs 31, and 32 of the Complaint. This help page is currently available at http://pages.ebay.com/liveauctions/help/welcome/lasafe.html.

5.  Attached hereto as Exhibit D is a true and correct copy of eBay's "How Live Auctions Work" help page as referred to in paragraphs 29, and 30 of the Complaint. This help page is currently available at http://pages.ebay.com/liveauctions/help/welcome/how_works.html.

6.  Attached hereto as Exhibit E is a true and correct copy of the Order Granting Defendant eBay Inc.'s Motion to Dismiss the Third Cause of Action, *Butler v. eBay Inc.*, 06-02704 (N.D. Cal. Dec. 13, 2006).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of October, 2007 at San Francisco, California.

                         /s/ Whitty Somvichian
                           Whitty Somvichian