# EXHIBIT C



Are Live Auctions Safe?

Bidding on eBay Live Auctions is very safe. All live auctions are run by reputable international auction houses, which are carefully screened by eBay before being authorized to sell to you. Many of them have hundreds of years of experience in the auction business and fully stand behind their merchandise.

Each lot on the Live Auctions site is offered under the auction house's terms and conditions of sale for that particular event. They usually include both satisfaction and authenticity guarantees. Check the auction overview page of any lot that you might be interested in for a full description of the terms and conditions of sale for that auction. If you have any questions, contact the auction house's administrative contact - you can also find that information on the auction overview page.

In addition, you can always use the Feedback Forum to instantly check the "reputation" or business practices of any eBay member. The Feedback Forum is a place where eBay users leave comments about each other's buying and selling experiences. If you're a bidder, check you're an auction house's Feedback Profile to learn about the way they do business before you place a bid.

Come join the world of Internet Live Auctions! If you are new to eBay, register now. If you are a registered user, check out our current auctions.

| **Welcome to Live Auctions** |
|---|
| • Welcome |
| • Why it is safe? |
| • How Live Auctions work |
| • What do I need to participate? |
| • How to Search |
| • Terminology |
| • Tutorial |

Still have a question? Ask our Live Auctions support staff at lasupport@ebay.com.

Home | Browse | Search | Registration | Services | Help
eBay | eBay Motors

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement, Privacy Policy, and Live Auction User Agreement.