# EXHIBIT D

Case 3:07-cv-03967-MHP    Document 28-5    Filed 10/26/2007    Page 2 of 3



How Live Auctions work

Participating in Live Auctions using the Internet is safe, easy, and fun! Here is how it works:

1. Before the actual auction, the auction house lists all items in their auction in the eBay Live Auctions system. Each auction contains several "lots" (Live Auctions equivalent of "items"). You can browse the auctions or search for particular lots.

2. To participate in Live Auctions, you must be registered eBay user. In addition, you need to sign up for each auction you want to join by accepting the auction's terms and conditions of sale. In some cases, you'll need to provide additional information to the auction house in order to be authorized to bid.

3. Before the event, all approved users can place absentee bids on any Live Auctions lot. When you place an absentee bid, you can be sure that the auctioneer will receive your bid - even if you are not there during the sale.

4. During the event, you can follow everything that is happening in the auction house right here on the Live Auctions site! You can place bids against other Internet bidders as well as bidders on the auction house floor. If you prefer, you can just watch the live bidding.

5. After the event, you pay the auction house directly for any lots that you've won. They will ship your guaranteed item directly to you.

That's it. Come join the world of Internet Live Auctions! If you are new to eBay, register now. If you are a registered user, check out our current auctions.

---

**Welcome to Live Auctions**

- Welcome
- Why it is safe?
- How Live Auctions work
- What do I need to participate?
- How to Search
- Terminology
- Tutorial

---

Still have a question? Ask our Live Auctions support staff at lasupport@ebay.com.

Home | Browse | Search | Registration | Services | Help
eBay | eBay Motors

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement, Privacy Policy, and Live Auction User Agreement.