1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:    (858) 550-6000
4  Facsimile:    (858) 550-6420

5  COOLEY GODWARD KRONISH LLP
   WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
6  101 California Street, 5th Floor
   San Francisco, CA 94111
7  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
8
   Attorneys for DEFENDANT eBAY, INC.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07 3967 MHP<br><br>**PROOF OF SERVICE**<br><br>Date:       December 10, 2007<br>Time:       2:00 p.m.<br>Judge:      Hon. Marilyn H. Patel<br>Trial Date: Not yet set |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1060849 v1/SF

PROOF OF SERVICE
CASE NO. C07 3967 MHP

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

- NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

- DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE

- DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE

- [PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R.CIV. PROC. 12(B)(6)

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

John Balestriere, Esq.
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY 10007
Telephone: (212) 374-5400
Facsimile: (212) 208-2613

on the following part(ies) in this action:

Executed on October 26, 2007, at San Francisco, California.

/s/ Myrna M. Yee
Myrna M. Yee

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1060849 v1/SF

1.

PROOF OF SERVICE
CASE NO. C07 3967 MHP