COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant eBay, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07 3967 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
|---|---|

///

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**C07 3967 MHP**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 30, 2007

COOLEY GODWARD KRONISH LLP

By: /s/ Heather C. Meservy
Heather C. Meservy (223782)
Attorneys for Defendant eBay, Inc.
Email: hmeservy@cooley.com

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
C07 3967 MHP

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007, I electronically filed the foregoing **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Craig Stuart Lanza — email: clanza@balestriere.net

Matthew A. Siroka — email: mas@defendergroup.com, jb@balestriere.net

Stephen Scott Walters — email: SWalters@allenmatkins.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 30th day of October, 2007 to the following listed addresses.

John Balestriere
Balestriere PLLC
225 Broadway
Suite 2700
New York, NY 10007

Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com