# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Michele Mazur,

                       Plaintiff(s),

                v.

eBay, Inc., et al.

                   Defendant(s).

_____/

Case No. 07-03967 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/30/2007

                                  [Party] Adam R. Sand - eBay

Dated: 10/30/2007

                                  [Counsel]
                                  Cooley Godward Kronish LLP
                                  Attorneys for eBay Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 30, 2007, I electronically filed the foregoing **ADR CERTIFICATION BY PARTIES AND COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Craig Stuart Lanza                           email:
                                           clanza@balestriere.net

Matthew A. Siroka                        email:
                                           mas@defendergroup.com
                                         jb@balestriere.net

Stephen Scott Walters                   email:
                                         SWalters@allenmatkins.com

    I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 30th day of October, 2007 to the following listed addresses.

John Balestriere
Balestriere PLLC
225 Broadway
Suite 2700
New York, NY 10007

Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email:  kjones@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

ADR CERTIFICATION BY PARTIES AND COUNSEL
C07 3967 MHP