1   COOLEY GODWARD KRONISH LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2   HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
    4401 Eastgate Mall
3   San Diego, CA  92121
    Telephone:    (858) 550-6000
4   Facsimile:    (858) 550-6420

5   COOLEY GODWARD KRONISH LLP
    WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
6   101 California Street 5th Floor
    San Francisco, CA 94111
7   Telephone:    (415) 693-2000
    Facsimile:    (415) 693-2222
8
    Attorneys for Defendant eBay, Inc.
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  MICHELE MAZUR, On Behalf of Herself        Case No.  C07 3967 MHP
    and all Others Similarly Situated,
15                                             **NOTICE OF NEED FOR ADR PHONE
                 Plaintiff,                    CONFERENCE**
16
          v.
17
    EBAY, INC., HOT JEWELRY
18  AUCTIONS.COM d/b/a JEWELRY
    OVERSTOCK AUCTIONS, HOT
19  JEWELRY AUCTIONS.COM d/b/a
    PARAMOUNT AUCTIONS, and DOES 1-
20  100, inclusive,

21               Defendants.

22

23       Counsel report that they have met and conferred regarding ADR and that they:

24       ☒    have not yet reached an agreement to an ADR process

25       ☐    request an early Settlement Conference with a Magistrate Judge

26       Date of Case Management Conference:        **November 5, 2007**

27       The following counsel will participate in the ADR phone conference:

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

                                    1        **NOTICE OF NEED FOR ADR PHONE CONFERENCE
                                              C07 3967 MHP**

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Craig Lanza | Plaintiff | (212) 374-5400 | clanza@balestriere.net |
| Michael Rhodes | Defendant eBay, Inc. | (858) 550-6000 | mrhodes@cooley.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: November 1, 2007          COOLEY GODWARD KRONISH LLP


By: /s/Heather C. Meservy_____
HEATHER C. MESERVY (223782)
Attorneys For Defendant eBay, Inc.

Dated: November 1, 2007          BALESTRIERE PLLC


By: /s/Craig Lanza_____
CRAIG LANZA (pro hac vice)
Attorneys For Plaintiff Michele Mazur

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.          NOTICE OF NEED FOR ADR PHONE CONFERENCE
C07 3967 MHP

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2007, I electronically filed the foregoing **NOTICE OF NEED FOR ADR PHONE CONFERENCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Craig Stuart Lanza                                    email:
                                                            clanza@balestriere.net

Matthew A. Siroka                                    email:
                                                            mas@defendergroup.com
                                                            jb@balestriere.net

Stephen Scott Walters                               email:
                                                            SWalters@allenmatkins.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 1st day of November, 2007 to the following listed addresses.

John Balestriere
Balestriere PLLC
225 Broadway
Suite 2700
New York, NY 10007

Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

563221/SD

3.                NOTICE OF NEED FOR ADR PHONE CONFERENCE
                                                            C07 3967 MHP