```
 1  STEPHEN S. WALTERS (BAR NO. 54746)
    CATHY A. HONGOLA (BAR NO. 234489)
 2  ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
 3  Three Embarcadero Center, 12th Floor
    San Francisco, CA 94111-4074
 4  Phone: (415) 837-1515
    Fax: (415) 837-1516
 5  E-Mail: swalters@allenmatkins.com
            chongola@allenmatkins.com
 6
    Attorneys for Defendant
 7  HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY
    OVERSTOCK AUCTIONS and PARAMOUNT
 8  AUCTIONS

 9  MATTHEW SIROKA
    JOHN BALESTRIERE
10  CRAIG STUART LANZA
    BALESTRIERE PLLC
11  225 Broadway, Suite 2700
    New York, New York 10007
12  Telephone: (212) 374-5404
    Facsimile:  (212) 607-1588
13
    Attorneys for Plaintiff and the Class
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE MAZUR, individually and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07 3967 MHP<br><br>JOINT CASE MANAGEMENT STATEMENT OF PLAINTIFFS AND DEFENDANT HOT JEWELRY AUCTIONS.COM<br><br>Date: November 5, 2007<br>Time: 4:00 p.m.<br>Ctrm: 15<br>Judge: Hon. Marilyn Hall Patel |

   Defendant Hot Jewelry Auctions.com d/b/a Jewelry Overstock Auctions and Paramount Auctions ("HJA") hereby joins in the Joint Case Management Statement and Proposed Order of Plaintiffs and Defendant eBay filed October 22, 2007 ("October 22 Case Management

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

725836.01/SF

Case No. C 07 3967 MHP
JOINT CASE MANAGEMENT STATEMENT

1  Statement"). As noted herein, HJA adds additional information where relevant. HJA and Plaintiff
2  Michele Mazur ("Plaintiff") request that the Court issue an appropriate Case Management Order.

### 1. Jurisdiction and Venue

In addition to the description provided in the October 22 Case Management Statement, in which HJA joins, HJA hereby adds:

In addition to the description provided in the October 22 Case Management Statement, in which HJA joins, HJA hereby adds:

HJA has moved to stay this action pending arbitration. Pursuant to the Dispute Resolution provision provided in HJA's Terms and Conditions the arbitration is to take place in Los Angeles California.

### 2. Facts

#### A. Brief Description of the Parties Involved

In addition to the description provided in the October 22 Case Management Statement, in which HJA joins, HJA hereby adds:

Defendant HotJewelryAuctions.com is a website owned by Hill Street Jewelers USA, Inc., a California corporation, that uses the registered eBay User IDs Jewelry Overstock Auctions and Paramount Auctions.

#### B. Overview of Plaintiff's Allegations

HJA hereby joins in the overview provided in the October 22 Case Management Statement.

### 3. Legal Issues and Motions

In addition to the description provided in the October 22 Case Management Statement, in which HJA joins, HJA hereby adds:

HJA has moved to stay this action pending arbitration based on the Dispute Resolution provision provided in its Terms and Conditions.

### 4. Amendment of the Pleadings

HJA hereby joins in the statement provided in the October 22 Case Management Statement.

5. **Evidence Preservation**

In addition to the description provided in the October 22 Case Management Statement, HJA hereby adds:

HJA has instituted evidence preservation practices with respect to evidence that is potentially relevant in this action.

6. **Disclosures**

HJA hereby joins in the statement provided in the October 22 Case Management Statement.

7. **Discovery**

In addition to the description provided in the October 22 Case Management Statement, in which HJA joins, HJA hereby adds:

The parties propose to revisit the timing for initial disclosures and the discovery schedule at a later date following resolution of HJA's motion to stay pending arbitration.

8. **Class Actions**

HJA hereby joins in the statement provided in the October 22 Case Management Statement.

9. **Relief**

In addition to the description provided in the October 22 Case Management Statement, in which HJA joins, HJA hereby adds:

HJA denies the allegations of the Complaint and denies the Plaintiff is entitled to the requested relief.

10. **Settlement and ADR**

In addition to the description provided in the October 22 Case Management Statement, in which HJA joins, HJA hereby adds:

HJA has moved stay this action pending arbitration. Plaintiff has not yet agreed to submit to arbitration.

1  **11.  Consent to Magistrate Judge**
2      HJA hereby joins in the statement provided in the October 22 Case Management
3  Statement.
4  **12.  Other References**
5      HJA has filed a motion to stay this action pending arbitration and, in accordance with that
6  motion believes this case is suitable for binding arbitration.
7  **13.  Narrowing of the Issues**
8      HJA hereby joins in the statement provided in the October 22 Case Management
9  Statement.
10 **14.  Expedited Schedule**
11     HJA hereby joins in the statement provided in the October 22 Case Management
12 Statement.
13 **15.  Scheduling**
14     In addition to the description provided in the October 22 Case Management Statement, in
15 which HJA joins, HJA hereby adds:
16     The parties propose to revisit the timing for scheduling expert discovery and pretrial
17 issues, if necessary, at a later date following resolution of HJA's motion to stay the action pending
18 arbitration.
19 **16.  Trial**
20     In addition to the description provided in the October 22 Case Management Statement, in
21 which HJA joins, HJA hereby adds:
22     The parties propose to revisit the issue of whether the case will be tried to a jury or the
23 court and the expected length of the trial, if necessary, at a later date following resolution of HJA's
24 motion to stay the action pending arbitration.
25 **17.  Disclosure of Non-party Interested Entities or Persons**
26     In addition to the description provided in the October 22 Case Management Statement,
27 HJA hereby adds:
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
725836.01/SF

Case No. C 07 3967 MHP
JOINT CASE MANAGEMENT STATEMENT
-4-

1  HJA, pursuant to Civil L.R. 3-16, states that the following listed persons, associations of
2  persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have
3  a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have
4  a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Hill Street Jewelers USA, Inc., a California corporation, is the owner of the website
7  HotJewelryAuctions.com and uses the registered eBay User IDs Jewelry Overstock Auctions and
8  Paramount Auctions.

9  Dated: November 2, 2007

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
STEPHEN S. WALTERS
CATHY A. HONGOLA

By: /s/ Stephen S. Walters
STEPHEN S. WALTERS
Attorneys for Defendant
HOT JEWELRY AUCTIONS.COM d/b/a
JEWELRY OVERSTOCK AUCTIONS and
PARAMOUNT AUCTIONS

16  Dated: November 2, 2007

BALESTRIERE PLLC
MATTHEW SIROKA
JOHN BALESTRIERE
CRAIG LANZA

By: _____
CRAIG LANZA
Attorneys for Plaintiff
Michele Mazur

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
725836.01/SF
Case No. C 07 3967 MHP
JOINT CASE MANAGEMENT STATEMENT
-5-

1     Attestation Regarding Signature: This document is being filed electronically under my
2 User ID and Password. Pursuant to General Order 45, Section X.B, I hereby attest that
3 concurrence in this filing of this document has been obtained from the other signatory to this
4 document.

5     I declare under penalty of perjury under the laws of the United States that the foregoing is
6 true and correct. Executed November 2, 2007 in San Francisco, California.

                                                /s/ Stephen S. Walters
                                                Stephen S. Walters

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

725836.01/SF

Case No. C 07 3967 MHP
JOINT CASE MANAGEMENT STATEMENT

-6-

## CASE MANAGEMENT ORDER

The Joint Case Management Statement and Proposed Order herein is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Honorable Marilyn Hall Patel
                                          United States District Court Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

725836.01/SF

-7-

Case No. C 07 3967 MHP
JOINT CASE MANAGEMENT STATEMENT