UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michele Mazur, on behalf of Herself and all
Others Similarly Situated

                 Plaintiff(s),

        v.

EBAY, INC., et. al.

                 Defendant(s).

CASE NO. C 07 3967 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 5, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Stephen S. Walters | Hot Jewelry Auctions.com | (415) 273-7474 | swalters@allenmatkins.com |
| Craig Lanza | Plaintiff Michel Mazur | (212) 374-5400 | clanza@balestriere.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/02/2007

                                                               Attorney for Plaintiff

Dated: 11/02/2007

                                                               Attorney for Defendant

Rev 12.05