**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: November 5, 2007

Case No.   C 07-3967  MHP             Judge: MARILYN H. PATEL

Title: MICHELE MAZUR -v- EBAY INC et al

Attorneys:  Plf: John Balestriere
            Dft: Whitty Somvichian, Stephen Walters

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Defendant requests transfer of venue to San Jose division; Counsel submit after further discussion; Motion denied;   Defendant granted leave to file motion to dismiss, to be noticed for 12/17/2007;