COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant eBAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C07 3967 MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY ACTION PENDING RESOLUTION OF THE ARBITRATION BETWEEN PLAINTIFF MAZUR AND DEFENDANT HJA**<br><br>Date:        Mon. December 17, 2007<br>Time:       2:00 p.m.<br>Judge:      Hon. Marilyn H. Patel<br>Trial Date:   Not yet set |

**THIS MATTER**, having come before the Court on Defendant eBay's Motion to Stay Action Pending Resolution of the Arbitration between Plaintiff Mazur and Defendant HJA, filed November 12, 2007, and the Court having considered all papers and pleadings submitted by the parties, and the oral arguments of counsel made at the hearing,

//

//

//

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

[PROPOSED] ORDER GRANTING MOTION TO
STAY ACTION
CASE NO. C07 3967 MHP

1  **IT IS HEREBY ORDERED** that the motion to stay action pending resolution of the
2  arbitration between Plaintiff Mazur and defendant HJA shall be **GRANTED**.
3  **IT IS SO ORDERED**.
4  Dated: _____, 2007

                                                                         Hon. Marilyn H. Patel
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

[PROPOSED] ORDER GRANTING MOTION TO
STAY ACTION
CASE NO. C07 3967 MHP

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2007, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION TO STAY ACTION PENDING RESOLUTION OF THE ARBITRATION BETWEEN PLAINTIFF MAZUR AND DEFENDANT HJA** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

| | |
|---|---|
| Craig Stuart Lanza | email: clanza@balestriere.net |
| Matthew A. Siroka | email: mas@defendergroup.com<br>jb@balestriere.net |
| Stephen Scott Walters | email: SWalters@allenmatkins.com |

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 12th day of November, 2007 to the following listed addresses.

John Balestriere
Balestriere PLLC
225 Broadway
Suite 2700
New York, NY 10007

*/s/ Kendra A. Jones*
Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

[PROPOSED] ORDER GRANTING MOTION TO
STAY ACTION
CASE NO. C07 3967 MHP