| | |
|---|---|
| 1 | JOHN BALESTRIERE * |
| 2 | CRAIG STUART LANZA * |
| | **BALESTRIERE PLLC** |
| 3 | 225 Broadway, Suite 2700 |
| | New York, NY 10007 |
| 4 | Telephone: (212) 374-5404 |
| 5 | Facsimile:  (212) 208-2613 |
| | * *Pro Hac Vice* application pending |
| 6 | |
| 7 | MATTHEW A. SIROKA (233050) |
| | **LAW OFFICE OF MATTHEW A. SIROKA** |
| 8 | 600 Townsend Street, Suite 233050 |
| | San Francisco, CA 94103 |
| 9 | Telephone: (415) 522-1105 |
| 10 | Facsimile:  (415) 522-1506 |
| | Email:    mas@defendergroup.com |
| 11 | *Attorneys for Plaintiff and the Class* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHELLE MAZUR, On Behalf of Herself and all Others Similarly Situated,** | Case No. C 07 3967 MHP |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS, TO STAY, AND FOR JUDICIAL NOTICE** |
| v. | |
| **EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive** | Date:     Mon. Dec. 17, 2007<br>Time:     2:00pm<br>Judge:    Hon. Marilyn H. Patel<br>Trial Date: Not yet set |
| Defendants. | |

/ / /

BALESTRIERE PLLC
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION
Case No:  C 07 3967 MHP

1  PURSUANT TO L.R. 6-1(b), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record, that Plaintiff's response to Defendants' motions to dismiss, stay, and for judicial notice be due on December 7, 2007; that Defendants' reply to Plaintiff's responses shall be due on December 19, 2007; and that oral argument on the motions be on January 14, 2008, at 2 p.m.

STIPULATED AND AGREED that this Stipulation may be executed in any number of counterparts, all of which together shall constitute one and the same instrument. Electronic delivery of an executed counterpart of a signature page to this Stipulation shall be effective as delivery of a manually executed counterpart to this Stipulation.

IT IS SO STIPULATED.

Dated: November 19, 2007

**BALESTRIERE PLLC**
JOHN BALESTRIERE (PRO HAC PENDING)
CRAIG S. LANZA (PRO HAC PENDING)


BY: /s/ John Balestriere
JOHN BALESTRIERE
*Attorneys for Plaintiff*


**LAW OFFICE OF MATTHEW A. SIROKA**
MATTHEW A. SIROKA (233050)


BY: /s/ Matthew A. Siroka
MATTHEW A. SIROKA
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated: November 19, 2007 | **COOLEY GODWARD KRONISH LLP** |
| 2 | | HEATHER C. MESERVY (223782) |
| 3 | | MICHAEL G. RHODES (116127) |
| | | JOSEPH S. LEVENTHAL (221043) |
| 4 | | WHITTY SOMVICHIAN (194463) |

BY: /s/ Whitty Somvichian
WHITTY SOMVICHIAN (194463)
*Attorneys for Defendant eBay, Inc.*

Dated: November 19, 2007    **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074

BY: /s/ Stephen S. Walters
STEPHEN S. WALTERS (54746)
*Attorneys for Defendant Hot Jewelry Auctions.com*