UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHELLE MAZUR, On Behalf of Herself and all Others Similarly Situated,**<br><br>                              Plaintiff,<br><br>v.<br><br>**EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive**<br><br>                              Defendants. | Case No. C 07 3967 MHP<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS, TO STAY, AND FOR JUDICIAL NOTICE**<br><br>Date:         _____<br>Time:        _____<br>Judge:       Hon. Marilyn H. Patel<br>Trial Date: Not yet set |

Pursuant to L.R. 1-6(b) and stipulation by and between parties, IT IS HEREBY ORDERED that Plaintiff's response to Defendants' motion to dismiss, stay, and for judicial notice be due on December 7, 2007; that Defendants' reply to Plaintiff's responses be due on December 19, 2007; and that oral argument on the motions be due on January 14, 2008, at 2 p.m.

Dated:                                                          _____

                                                                   Hon. Marilyn H. Patel
                                                                   United States District Judge

BALESTRIERE PLLC
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY
Case No:  C 07 3967 MHP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BALESTRIERE PLLC
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY
CASE NO:   C 07 3967 MHP