1  CRAIG STUART LANZA *
2  JOHN BALESTRIERE *
   WILLIAM S. HOLLEMAN†
3  **BALESTRIERE PLLC**
   225 Broadway, Suite 2700
4  New York, NY 10007
5  Telephone: (212) 374-5404
   Facsimile:   (212) 208-2613
6  * *Pro Hac Vice* application pending

7  MATTHEW A. SIROKA (233050)
8  **LAW OFFICE OF MATTHEW A. SIROKA**
   600 Townsend Street, Suite 233050
9  San Francisco, CA 94103
10 Telephone: (415) 522-1105
   Facsimile:   (415) 522-1506
11 Email:      mas@defendergroup.com
   *Attorneys for Plaintiff and the Class*
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHELLE MAZUR, On Behalf of Herself and all Others Similarly Situated,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive**<br><br>                    Defendants. | Case No. C 07 3967 MHP<br><br>**NOTICE OF MOTION TO STRIKE EXHIBIT A OF DECLARATION OF STEPHEN A. WALTERS** |

/ / /

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Plaintiff's Motion to Strike Exhibit A of Declaration of Stephen A. Walters, and all the papers and proceedings heretofore had herein, Plaintiff Michelle Mazur, individually and for all others similarly situated, will move this court for an order striking Exhibit A of Declaration of Stephen A. Walters, which was filed in connection with Defendant Hot Jewelry Auctions.com's Motion to Stay Action Pending Arbitration on October 26, 2007.

Dated:  San Francisco, California        Respectfully submitted,
        December 6, 2007

/s/ Matthew A. Siroka
MATTHEW A. SIROKA (CASBN 233050)
**LAW OFFICE OF MATTHEW A. SIROKA**
600 Townsend Street, Suite 233050
San Francisco, CA 94103
Telephone:  (415) 522-1105
Facsimile:  (415) 522-1506
Email:      mas@defendergroup.com

CRAIG STUART LANZA
JOHN BALESTRIERE
WILLIAM S. HOLLEMAN
**BALESTRIERE PLLC**
225 Broadway, Suite 2700
New York, NY 10007
Telephone:  (212) 374-5404
Email:      clanza@balestriere.net
*Attorneys for Plaintiff and the Class*

---

[†] Admission pending to the New York State Bar.