1  CRAIG STUART LANZA *
2  JOHN BALESTRIERE *
   WILLIAM S. HOLLEMAN†
3  **BALESTRIERE PLLC**
   225 Broadway, Suite 2700
4  New York, NY 10007
   Telephone: (212) 374-5404
5  Facsimile:   (212) 208-2613
6  * *Pro Hac Vice* application pending

7  MATTHEW A. SIROKA (233050)
8  **LAW OFFICE OF MATTHEW A. SIROKA**
   600 Townsend Street, Suite 233050
9  San Francisco, CA 94103
   Telephone: (415) 522-1105
10 Facsimile:   (415) 522-1506
11 Email:     mas@defendergroup.com
   *Attorneys for Plaintiff and the Class*
12

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
15

| | |
|---|---|
| 16  **MICHELLE MAZUR, On Behalf of Herself and all Others Similarly Situated,** | Case No. C 07 3967 MHP |
| 18                     Plaintiff, | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |
| 19      v. | |
| 20  **EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive** | |
| 23                     Defendants. | |

28  / / /

1  Pursuant to Federal Rules of Evidence 201(b), Plaintiff hereby requests that this Court take judicial notice of the following documents attached to the Declaration of Matthew A. Siroka in Support of Plaintiff's Motion for Judicial Notice ("Siroka Declaration").

1. The Amended Class Action Complaint With Jury Demand, *Farris v. GoAntiques, Inc., et al.*, 2:05-CV-00227 (S.D. Ohio, dismissed Feb. 6, 2006).

2. Defendant eBay's Amended Motion to Dismiss Plaintiff's First Amended Complaint, *Farris v. GoAntiques, Inc., et al.*, 2:05-CV-00227 (S.D. Ohio, dismissed Feb. 6, 2006).

**ARGUMENT**

This Court should take notice of the above-mentioned public documents ("the Documents"). When considering a motion to dismiss, "courts may take judicial notice of matters of public record outside the pleadings." *MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986). Judicial notice is appropriate for "facts not subject to dispute." Fed. R. Evid. 201(b). A court shall take judicial notice when requested by a party and when supplied by the necessary information. *See id.*

Here, Plaintiff has supplied this Court with court documents from the public record. Indeed, Defendant eBay itself filed the Documents in a District Court. Plaintiff is merely respectfully requesting that this Court take notice of the fact that such filings have taken place and that such filings were made by Defendant eBay. As such, this request involves a matter of public record involving facts which are not subject to dispute. In light of this, the Court should grant judicial notice with regards to the two above mentioned documents.

## **CONCLUSION**

That the above-mentioned documents have been filed by eBay in a Federal District Court is not subject to reasonable dispute and the Court should grant judicial notice in this instance.

Dated:   San Francisco, California
         December 6, 2007

Respectfully submitted,

/s/ Matthew A. Siroka
MATTHEW A. SIROKA (CASBN 233050)
**LAW OFFICE OF MATTHEW A. SIROKA**
600 Townsend Street, Suite 233050
San Francisco, CA 94103
Telephone:  (415) 522-1105
Facsimile:  (415) 522-1506
Email:      mas@defendergroup.com

CRAIG STUART LANZA
JOHN BALESTRIERE
WILLIAM S. HOLLEMAN
**BALESTRIERE PLLC**
225 Broadway, Suite 2700
New York, NY 10007
Telephone:  (212) 374-5404
Email:      clanza@balestriere.net
*Attorneys for Plaintiff and the Class*

---

[†] Admission pending to the New York State Bar.

BALESTRIERE PLLC
ATTORNEYS AT LAW
SILICON VALLEY

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
Case No:  C 07 3967 MHP

2