1  STEPHEN S. WALTERS (BAR NO. 54746)
   CATHY A. HONGOLA (BAR NO. 234489)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  swalters@allenmatkins.com
           chongola@allenmatkins.com
6
   Attorneys for Defendant
7  HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY
   OVERSTOCK AUCTIONS and PARAMOUNT
8  AUCTIONS

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  MICHELE MAZUR, individually and for all      Case No. C 07 3967 MHP
    others similarly situated,
13                                               DECLARATION OF GEORGE MOLAYEM IN
                  Plaintiff,                     SUPPORT OF DEFENDANT HOT AUCTION
14                                               JEWELRY.COM'S REPLY IN SUPPORT OF
              vs.                                ITS MOTION TO STAY PENDING
15                                               ARBITRATION AND ITS OPPOSITION TO
    EBAY, INC., HOT JEWELRY                       PLAINTIFF'S MOTION TO STRIKE
16  AUCTIONS.COM d/b/a JEWELRY
    OVERSTOCK AUCTIONS, HOT JEWELRY
17  AUCTIONS.COM d/b/a PARAMOUNT                 Date:   January 14, 2008
    AUCTIONS, and DOES 1-100, inclusive,         Time:   2:00 p.m.
18                                               Ctrm:   15
                  Defendants.                    Judge:  Hon. Marilyn Hall Patel
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**                                        Case No.  C 07 3967 MHP
                                                    MOLAYEM DECL. ISO HJA'S REPLY &
729104.01/SF                                        HJA'S OPP. TO MOTION TO STRIKE

1    I, George Molayem, declare as follows:

2    1.    I am the owner of Hill Street Jewelers USA, Inc. I have personal knowledge of the

3    facts set forth in this Declaration and, if called as a witness, could and would testify competently

4    to such facts under oath.

5    2.    HotJewelryAuction.com is a website owned by Hill Street Jewelers USA, Inc.

6    (referred to herein as "HJA"). HJA operates on eBay under the eBay User Ids Jewelry Overstock

7    Auctions ("JOA") and Paramount Auctions ("PA").

8    3.    When an eBay user navigates online to eBay's website and wants to register to bid

9    in one of HJA's auctions, the eBay user is automatically presented with a copy HJA's Terms and

10    Conditions to read and review. The eBay user is then able read HJA's Terms and Conditions

11    online by scrolling down through the text of the terms. HJA's Terms and Conditions are also

12    available, before and after registering for an auction, on the Catalog page for HJA's auctions held

13    eBay's website.

14    4.    Plaintiff purchased items from HJA through an auction held by HJA on eBay using

15    the eBay User Id JOA. Submitted herewith, marked Exhibit A, and made a part hereof is a true

16    and correct copy of HJA's Terms and Conditions for a JOA auction. All HJA auctions are subject

17    to the same Terms and Conditions. All HJA auctions contain identical Dispute Resolution

18    provisions.

19    5.    To bid in a JOA auction, Plaintiff had to click on a box stating "I have read… the

20    auction house's terms and conditions of sale above and accept them."   If an eBay user does not

21    click on this box, the user is not allowed to participate in the auction.

22    6.    HJA does not have historical records or screenshots of its Terms and Conditions as

23    they appeared to Plaintiff at the time of her purchase in February 2007, but HJA uses the same

24    Terms and Conditions in all its auctions, including auctions held in February 2007 when Plaintiff

25    made her purchases.

26    7.    Pursuant to eBay policies, HJA must upload its Terms and Conditions onto the

27    eBay website when each auction catalog is created. At the time the Terms and Conditions are

28    uploaded onto the eBay website they are formatted with section breaks. The functionality of the

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

729104.01/SF

Case No.  C 07 3967 MHP
MOLAYEM DECL. ISO HJA'S REPLY &
HJA'S OPP. TO MOTION TO STRIKE

-2-

1  eBay website is limited, however, and the section breaks are automatically eliminated by eBay's
2  system.

3      8.      HJA uploads a full and complete copy of its Terms and Conditions onto the eBay
4  website when each auction catalog is created.  Prior to receiving Plaintiff's Motion to Strike and
5  Plaintiff's Opposition to HJA's Motion to Stay Pending Arbitration, HJA was unaware that a
6  technical error may have occurred rendering only a portion of HJA's Terms and Conditions visible
7  to an eBay user.  In February 2007, when Plaintiff purchased her goods, HJA did not receive a
8  single complaint that its Terms and Conditions failed to load properly or were not completely
9  visible to the user.  It is my understanding that if the Terms and Conditions did fail to load
10  properly on November 16, 2007, this error was due to a technical failure on the part of eBay's
11  servers.

12

13      I declare under penalty of perjury under the laws of the United States of America that the
14  foregoing is true and correct.

15      Executed on December 19, 2007 at Los Angeles, California.

16                                       /s/ George Molayem
                                          George Molayem
17

18

19      Attestation Regarding Signature: This document is being filed electronically under my
20  User ID and Password.  Pursuant to General Order 45, Section X.B, I hereby attest that
21  concurrence in this filing of this document has been obtained from the other signatory to this
22  document.

23      I declare under penalty of perjury under the laws of the United States that the foregoing is
24  true and correct.  Executed December 19, 2007 in San Francisco, California.

25                                      /s/ Stephen S. Walters
                                         Stephen S. Walters
26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

729104.01/SF

-3-

Case No.  C 07 3967 MHP
MOLAYEM DECL. ISO HJA'S REPLY &
HJA'S OPP. TO MOTION TO STRIKE