1  STEPHEN S. WALTERS (BAR NO. 54746)
   CATHY A. HONGOLA (BAR NO. 234489)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  swalters@allenmatkins.com
              chongola@allenmatkins.com
6
   Attorneys for Defendant
7  HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY
   OVERSTOCK AUCTIONS and PARAMOUNT
8  AUCTIONS

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | MICHELE MAZUR, individually and for all others similarly situated, | Case No. C 07 3967 MHP |
|----|---|---|
| 13 | Plaintiff, | DECLARATION OF CATHY A. HONGOLA IN SUPPORT OF DEFENDANT HOT AUCTION JEWELRY.COM'S REPLY IN SUPPORT OF ITS MOTION TO STAY PENDING ARBITRATION AND ITS OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE |
| 14 | vs. | |
| 15 | EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, and DOES 1-100, inclusive, | |
| 16 | | |
| 17 | | Date:    January 14, 2008<br>Time:    2:00 p.m.<br>Ctrm:    15<br>Judge:  Hon. Marilyn Hall Patel |
| 18 | Defendants. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

729109.01/SF

Case No.  C 07 3967 MHP
HONGOLA DECL. ISO HJA'S REPLY & HJA'S
OPP. TO MOTION TO STRIKE

I, Cathy A. Hongola, declare as follows:

1. I am an associate at the law firm of Allen, Matkins, Leck, Gamble Mallory & Natsis LLP, counsel of record for Defendant Hot Jewelry Auctions.com d/b/a Jewelry Overstock Auctions and Paramount Auctions ("HJA"). I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Submitted herewith, marked Exhibit A, and made a part hereof are true and correct copies of screen shots of HJA's complete Terms and Conditions for a Jewelry Overstock Auctions ("JOA") auction obtained on December 18, 2007 from eBay's website at:

http://cgi4.liveauctions.ebay.com/ws/eBayISAPI.dll?LASignUp&itemid=190176768805&LASignUp=&catalogid=23287&mode=0&guest=1.

3. Submitted herewith, marked Exhibit B, and made a part hereof is a true and correct copy of HJA's Terms and Conditions for a JOA auction printed from eBay's website on December 18, 2007 at:

http://cgi4.liveauctions.ebay.com/ws/eBayISAPI.dll?LASignUp&itemid=190176768805&LASignUp=&catalogid=23287&mode=0&guest=1.

4. Submitted herewith, marked Exhibit C, and made a part hereof is a true and correct copy of the American Arbitration Association's ("AAA") Commercial Arbitration Rules and Mediation Procedures obtained on December 17, 2007 from AAA's website at:

http://adr.org/sp.asp?id=22440.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2007, at San Francisco, California.

                                          ___/s/ Cathy A. Hongola___
                                          Cathy A. Hongola

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

729109.01/SF

Case No. C 07 3967 MHP
HONGOLA DECL. ISO HJA'S REPLY & HJA'S
OPP. TO MOTION TO STRIKE
-2-