# Hongola Declaration

# Exhibit A

Case 3:07-cv-03967-MHP   Document 48-2   Filed 12/19/2007   Page 2 of 14









### Terms and conditions of sale for this auction

shipping rate calculator in any of our ads. We can combine orders for you if you check-out at one time within a 5 day period. Insurance will be included for all shipments. We are not responsible for any items that are lost, damaged or stolen while in transit. If you have any questions about insurance & shipping costs, please contact us before bidding. Please provide us with a physical residential or business address for delivery. Your item(s) ship within 7 to 10 business days (excluding weekends & holidays) after you complete the 'check out' process and your payment is confirmed. Once your item is sent, you will receive a shipment confirmation and tracking number. DISPUTE RESOLUTION Should a dispute occur between JOA and Buyer (the parties) that cannot be resolved, then the parties agree to the rules, regulations and procedures of the dispute resolution described below and agree to the following procedures for Resolution of the Dispute: If either party alleges that the other party is in default under this agreement, then the dispute or allegation shall be submitted for Binding resolution to In House Attorneys, P.C. in the City of Los Angeles, California. Each party shall simply present their own case (limited to a maximum of one hour for each party) to In House Attorneys, P.C., excluding witnesses, expert witnesses and attorneys. The parties agree and acknowledge that they are completely waiving their rights to have the dispute heard in a conventional manner including the use of attorneys, arbitration, mediation and any civil court in California having jurisdiction over the dispute. Any award determined by In

☐ I have read the eBay Live Auctions' terms and conditions and the auction house's terms and conditions of sale above and accept them. **(required)**

☑ Send me a reminder email about this auction.

☐ Please send me an email update if this agreement is ever revised. Otherwise, I understand that the revisions will be effective 30 days after such revision is posted to the site.

[Continue]

Still have a question? Ask our Live Auctions support staff at lasupport@ebay.com.

Home | Browse | Search | Registration | Services | Help
                       eBay   | eBay Motors

















