FILED
JAN - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

MICHELLE MAZUR, on Behalf of
Herself and others Similarly Situated,

CASE NO. C 07 3967

Plaintiff(s),

v.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

EBAY, INC., OVERSTOCK AUCTIONS,
HOT JEWELRY AUCTIONS.COM

Defendant(s).

John Gerard Balestriere, an active member in good standing of the bar of New York state whose business address and telephone number (particular court to which applicant is admitted) is

Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Michelle Mazur.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~September 5, 2007~~ 1/7/08

United States ~~Magistrate~~ District Judge