## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: January 14, 2008

Case No.   C 07-3967  MHP             Judge: MARILYN H. PATEL

Title: MICHELE MAZUR -v- EBAY INC et al

Attorneys:  Plf: John Balestriere
            Dft: Adam Sand, Heather Mesary, Stephen Walters

Deputy Clerk: Anthony Bowser   Court Reporter: Margo Gurule

## PROCEEDINGS

1)   Defendants' Motion to Stay Pending Arbitration

2)   Defendant's Motion to Dismiss

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Court to issue order;