```
1  ARTHUR J. CHAPMAN (79866)
   JEFFREY A. COHEN (149615)
2  GREGORY SABO (169760)
   CHAPMAN GLUCKSMAN & DEAN
3  11900 W. Olympic Blvd.
   Los Angeles, CA 90064
4  Phone: (310) 207-7722
   Fax: (310) 207-6550
5  achapman@cgdlaw.com
   jcohen@cgdlaw.com
6  gsabo@cgdlaw.com

7  Attorneys for Defendant
   HILL STREET JEWELERS USA, INC. d/b/a HOT
8  JEWELRY AUCTIONS.COM d/b/a JEWELRY
   OVERSTOCK AUCTIONS and PARAMOUNT
9  AUCTIONS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE MAZUR and SARAH BATES, individually and for all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> EBAY, INC., HOT JEWELRY ACUTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARMOUNT AUCTIONS, NEIMANS JEWELRY, GOANTIQUES.COM, INC., and DOES 1-200, inclusive, <br><br> Defendants. | Case No. C 07 3967 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE THAT Defendant HILL STREET JEWELERS USA, INC. incorrectly sued as HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, hereby substitutes Chapman, Glucksman & Dean, 11900 W. Olympic Blvd., Suite 800, Los Angeles, California 90064, telephone (310) 207-7722; facsimile (310) 207-6650, as attorney of record in place and stead of Allen Matkins Leck Gamble Mallory & Natsis LLP.

I consent to this substitution.

DATED: May 2, 2008

STEPHEN S. WALTERS
CATHY A. HONGOLA
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By: /s/ Stephen S. Walters
    Stephen S. Walters

I consent to this substitution.

DATED: May 2, 2008

**HILL STREET JEWELERS USA, INC.**

By: _____
    George Molayem

Its: _____

I accept this substitution.

DATED: May ___, 2008

**CHAPMAN, GLUCKSMAN & DEAN**

By: _____
    Arthur J. Chapman

### ORDER

The Substitution of Attorney is hereby GRANTED.

DATED: _____

_____
United States District Judge

Case No. C 07 3967 MHP
SUBSTITUTION OF COUNSEL

-2-

737984.01/SF