ARTHUR J. CHAPMAN (79866)
JEFFREY A. COHEN (149615)
GREGORY SABO (169760)
CHAPMAN GLUCKSMAN & DEAN
11900 W. Olympic Blvd.
Los Angeles, CA 90064
Phone: (310) 207-7722
Fax: (310) 207-6550
achapman@cgdlaw.com
jcohen@cgdlaw.com
gsabo@cgdlaw.com

Attorneys for Defendant
HILL STREET JEWELERS USA, INC. d/b/a HOT
JEWELRY AUCTIONS.COM d/b/a JEWELRY
OVERSTOCK AUCTIONS and PARAMOUNT
AUCTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE MAZUR and SARAH BATES, individually and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EBAY, INC., HOT JEWELRY ACUTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARMOUNT AUCTIONS, NEIMANS JEWELRY, GOANTIQUES.COM, INC., and DOES 1-200, inclusive,<br><br>Defendants. | Case No. C 07 3967 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL** |

Case No. C 07 3967 MHP
SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT Defendant HILL STREET JEWELERS USA, INC. incorrectly sued as HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, hereby substitutes Chapman, Glucksman & Dean, 11900 W. Olympic Blvd., Suite 800, Los Angeles, California 90064, telephone (310) 207-7722; facsimile (310) 207-6650, as attorney of record in place and stead of Allen Matkins Leck Gamble Mallory & Natsis LLP.

I consent to this substitution.

DATED: May 2, 2008

STEPHEN S. WALTERS
CATHY A. HONGOLA
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Stephen S. Walters
    Stephen S. Walters

I consent to this substitution.

DATED: May 2, 2008

HILL STREET JEWELERS USA, INC.

By: _____
    George Molayem

Its: _____

I accept this substitution.

DATED: May ___, 2008

CHAPMAN, GLUCKSMAN & DEAN

By: _____
    Arthur J. Chapman

**ORDER**

The Substitution of Attorney is hereby GRANTED.

DATED: 5/5/2008

_____
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Case No. C 07 3967 MHP
SUBSTITUTION OF COUNSEL

-2-