1  CRAIG STUART LANZA*
   JOHN BALESTRIERE*
2  WILLIAM S. HOLLEMAN†
   BALESTRIERE LANZA PLLC
3  225 Broadway, Suite 2900
   New York, NY 10007
4  Telephone: (212) 374-5404
   Facsimile: (212) 208-2613
5  * Pro Hac Vice application pending

6  MATTHEW A. SIROKA (CASBN 233050)
   LAW OFFICE OF MATTHEW A. SIROKA
7  600 Townsend Street, Suite 233050
   San Francisco, CA 94103
8  Telephone: (415) 522-1105
   Facsimile: (415) 522-1506
9  Email:    mas@defendergroup.com
   Attorneys for Plaintiffs and the Class

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  MICHELLE MAZUR and SARAH BATES, individually and for all others similarly situated, | Case No. C 07 3967 MHP |
| 16 | STIPULATION TO EXTEND |
| 17              Plaintiffs, | TIME TO RESPOND TO FIRST AMENDED CLASS ACTION |
| 18     - against - | COMPLAINT UNDER L.R. 6-1(b) |
| 19  EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY | Date: _____  Time: _____ |
| 20  OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, NEIMANS | Judge:    Hon. Marilyn H. Patel  Trial Date: Not yet set |
| 21  JEWELRY, GOANTIQUES.COM, INC., and DOES 1-200, inclusive, | |
| 22              Defendants. | |

23

24

25

26

27

28  ///

STIPULATION
Case No: C 07 3967 MHP

1  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that, pursuant to L.R. 6-1(b), GoAntiques.com, Inc. shall have additional time to respond to Plaintiff's First Amended Class Action Complaint, up to and including August 1, 2008.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in any number of counterparts, all of which together shall constitute one and the same instrument. Electronic delivery of an executed counterpart of a signature page to this Stipulation shall be effective as delivery of a manually executed counterpart to this Stipulation.

IT IS SO STIPULATED.

Dated: June 3, 2008

BALESTRIERE LANZA PLLC
JOHN BALESTRIERE (PRO HAC PENDING)
CRAIG STUART LANZA (PRO HAC PENDING)

BY: /s Craig Stuart Lanza
CRAIG STUART LANZA
*Attorneys for Plaintiff*

Dated: June 3, 2008

GOANTIQUES.COM, INC.
JAMES KAMNIKAR

BY: _____, President
JAMES KAMNIKAR
President, GoAntiques.com, Inc.

---

† Admission pending to the New York State Bar.

STIPULATION
CASE NO: C 07 3967 MHP

BALESTRIERE LANZA PLLC
ATTORNEYS AT LAW
NEW YORK

CRAIG STUART LANZA*
JOHN BALESTRIERE*
WILLIAM S. HOLLEMAN†
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone: (212) 374-5404
Facsimile: (212) 208-2613
* *Pro Hac Vice* application pending

MATTHEW A. SIROKA (CASBN 233050)
**LAW OFFICE OF MATTHEW A. SIROKA**
600 Townsend Street, Suite 233050
San Francisco, CA 94103
Telephone: (415) 522-1105
Facsimile: (415) 522-1506
Email:     mas@defendergroup.com
*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHELLE MAZUR and SARAH BATES, individually and for all others similarly situated,**<br><br>                    **Plaintiffs,**<br><br>        - against -<br><br>**EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, NEIMANS JEWELRY, GOANTIQUES.COM, INC., and DOES 1-200, inclusive,**<br><br>                    **Defendants.** | **Case No. C 07 3967 MHP**<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT UNDER L.R. 6-1(b)**<br><br>Date:        _____<br>Time:       _____<br>Judge:      Hon. Marilyn H. Patel<br>Trial Date: Not yet set |

/ / /

BALESTRIERE
LANZA PLLC
ATTORNEYS AT LAW
NEW YORK

[PROPOSED] ORDER EXTENDING TIME
Case No:   C 07 3967 MHP

1     Pursuant to L.R. 1-6(b) and stipulation by and between parties, IT IS HEREBY ORDERED that the due date Defendant GoAntiques.com, Inc.'s response to Plaintiff's First Amended Class Action complaint be extended up to and including August 1, 2008.

    IT IS SO ORDERED.

Dated:                                    BY: _____
                                                 Hon. Marilyn H. Patel
                                                 United States District Court Judge

---

[†] Admission pending to the New York State Bar.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, a true copy of the foregoing document was served on the following counsel of record, by the methods listed below:

**VIA FIRST CLASS MAIL**

James Kamnikar
GoAntiques.com, Inc.
94 N. High Street, Suite 300
Dublin, OH 43017
*President, Defendant GoAntiques.com, Inc.*

Michael K. Wolder
Pistone & Wolder LLP
2020 Main Street, Suite 900
Irvine, California 92614-8203
*Attorney for Defendant Neimans Jewelry*

**VIA ECF**

Whitty Somvichian
wsomvichian@cooley.com
*Attorney for Defendant eBay, Inc.*

Craig A. Roeb, Esq.
croeb@cgdlaw.com
*Attorney for Defendant Hot Jewelry Auctions*

            *s/ Craig Stuart Lanza*
            Craig Stuart Lanza
            **BALESTRIERE LANZA PLLC**
            225 Broadway, Suite 2900
            New York, NY 10007
            Telephone:    (212) 374-5404
            Facsimile:    (212) 208-2613
            *Attorneys for Plaintiff*