1  CRAIG STUART LANZA*
   JOHN BALESTRIERE*
2  WILLIAM S. HOLLEMAN†
   BALESTRIERE LANZA PLLC
3  225 Broadway, Suite 2900
   New York, NY 10007
4  Telephone: (212) 374-5404
   Facsimile: (212) 208-2613
5  * Pro Hac Vice application pending

6  MATTHEW A. SIROKA (CASBN 233050)
   LAW OFFICE OF MATTHEW A. SIROKA
7  600 Townsend Street, Suite 233050
   San Francisco, CA 94103
8  Telephone: (415) 522-1105
   Facsimile: (415) 522-1506
9  Email:    mas@defendergroup.com
   Attorneys for Plaintiffs and the Class

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15  MICHELLE MAZUR and SARAH             Case No. C 07 3967 MHP
    BATES, individually and for all others
16  similarly situated,                   STIPULATION TO EXTEND
                                          TIME TO RESPOND TO FIRST
17                         Plaintiffs,    AMENDED CLASS ACTION
                                          COMPLAINT UNDER L.R. 6-1(b)
18         - against -
                                          Date:
19  EBAY, INC., HOT JEWELRY               Time:
    AUCTIONS.COM d/b/a JEWELRY            Judge:     Hon. Marilyn H. Patel
20  OVERSTOCK AUCTIONS.COM d/b/a          Trial Date: Not yet set
    PARAMOUNT AUCTIONS, NEIMANS
21  JEWELRY, GOANTIQUES.COM, INC.,
    and DOES 1-200, inclusive,

22                         Defendants.

23

24

25

26

27

28  ///

BALESTRIERE
LANZA PLLC
ATTORNEYS AT LAW
New York

STIPULATION
Case No: C 07 3967 MHP

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that, pursuant to L.R. 6-1(b), GoAntiques.com, Inc. shall have additional time to respond to Plaintiff's First Amended Class Action Complaint, up to and including August 1, 2008.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in any number of counterparts, all of which together shall constitute one and the same instrument. Electronic delivery of an executed counterpart of a signature page to this Stipulation shall be effective as delivery of a manually executed counterpart to this Stipulation.

IT IS SO STIPULATED.

Dated: June 3, 2008

BALESTRIERE LANZA PLLC
JOHN BALESTRIERE (PRO HAC PENDING)
CRAIG STUART LANZA (PRO HAC PENDING)

BY: /s Craig Stuart Lanza
CRAIG STUART LANZA
*Attorneys for Plaintiff*

Dated: June 3, 2008

GOANTIQUES.COM, INC.
JAMES KAMNIKAR

BY: _____, President
JAMES KAMNIKAR
President, GoAntiques.com, Inc.

† Admission pending to the New York State Bar.

1  CRAIG STUART LANZA*
   JOHN BALESTRIERE*
2  WILLIAM S. HOLLEMAN†
   **BALESTRIERE LANZA PLLC**
3  225 Broadway, Suite 2900
   New York, NY 10007
4  Telephone: (212) 374-5404
   Facsimile:  (212) 208-2613
5  * *Pro Hac Vice* application pending

6  MATTHEW A. SIROKA (CASBN 233050)
   **LAW OFFICE OF MATTHEW A. SIROKA**
7  600 Townsend Street, Suite 233050
   San Francisco, CA 94103
8  Telephone: (415) 522-1105
   Facsimile:  (415) 522-1506
9  Email:      mas@defendergroup.com
   *Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHELLE MAZUR and SARAH BATES, individually and for all others similarly situated,**<br><br>Plaintiffs,<br><br>- against -<br><br>**EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, NEIMANS JEWELRY, GOANTIQUES.COM, INC., and DOES 1-200, inclusive,**<br><br>**Defendants.** | **Case No. C 07 3967 MHP**<br><br>~~[PROPOSED]~~ **ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT UNDER L.R. 6-1(b)**<br><br>Date: _____<br>Time: _____<br>Judge:    Hon. Marilyn H. Patel<br>Trial Date:  Not yet set |

/ / /

BALESTRIERE
LANZA PLLC
ATTORNEYS AT LAW
NEW YORK

[PROPOSED] ORDER EXTENDING TIME
Case No:  C 07 3967 MHP

1       Pursuant to L.R. 1-6(b) and stipulation by and between parties, IT IS HEREBY
2  ORDERED that the due date Defendant GoAntiques.com, Inc.'s response to Plaintiff's First
3  Amended Class Action complaint be extended up to and including August 1, 2008.
4       IT IS SO ORDERED.

6  Dated: June 4, 2008      BY: _____
     Hon. Marilyn H. Patel
7       United States

[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

---

† Admission pending to the New York State Bar.

[PROPOSED] ORDER EXTENDING TIME
CASE NO: C 07 3967 MHP

BALESTRIERE LANZA PLLC
ATTORNEYS AT LAW
NEW YORK

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, a true copy of the foregoing document was served on the following counsel of record, by the methods listed below:

**VIA FIRST CLASS MAIL**

James Kamnikar
GoAntiques.com, Inc.
94 N. High Street, Suite 300
Dublin, OH 43017
*President, Defendant GoAntiques.com, Inc.*

Michael K. Wolder
Pistone & Wolder LLP
2020 Main Street, Suite 900
Irvine, California 92614-8203
*Attorney for Defendant Neimans Jewelry*

**VIA ECF**

Whitty Somvichian
wsomvichian@cooley.com
*Attorney for Defendant eBay, Inc.*

Craig A. Roeb, Esq.
croeb@cgdlaw.com
*Attorney for Defendant Hot Jewelry Auctions*

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5404
Facsimile:   (212) 208-2613
*Attorneys for Plaintiff*