## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 7, 2008

Case No.   C 07-3967  MHP                Judge: MARILYN H. PATEL

Title: MICHELE MAZUR -v- EBAY INC et al

Attorneys:  Plf: Craig Lanza
            Dft: Whitty Somvichian

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

## PROCEEDINGS

1)   Defendant's Motion to Dismiss

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Plaintiff granted leave to amend claim 9 within ten days; Court to issue order.