UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE MAZUR, | No. C 07-03967 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |
| v. | |
| EBAY INC., | |
|     Defendant(s). | |

The parties are hereby notified that a status conference in this matter will be held **September 29, 2008  at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.  A Joint Status Report shall be filed not later than 10 days prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: July 25, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140