Craig A. Roeb, Esq. SNB 131316
Jeffrey A. Cohen, Esq. SBN 149615
Gregory K. Sabo, Esq. SBN 169760
CHAPMAN, GLUCKSMAN, DEAN, ROEB & BARGER
A PROFESSIONAL CORPORATION
11900 W. OLYMPIC BOULEVARD, SUITE 800
P.O. BOX 64704

Attorneys for Defendant, HILL STREET JEWELERS USA, INC. d/b/a HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS and HILL STREET JEWELERS USA, INC. d/b/a HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHELE MAZUR and SARAH BATES, individually and for all others similarly situated,

            Plaintiff(s),

vs.

EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS, HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, NEIMANS JEWELRY, GOANTIQUES.COM, INC., and DOES 1-200, inclusive,

            Defendant(s).

CASE NO.:  C 07 3967 MHP

**DEFENDANT HILL STREET JEWELERS USA, INC. d/b/a HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS and HILL STREET JEWELERS USA, INC. d/b/a HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

DEFENDANT, HILL STREET JEWELERS USA, INC. d/b/a HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS and HILL STREET JEWELERS USA, INC. d/b/a HOT JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS ("Defendant"), by and through undersigned counsel, hereby submits its answer to the Third Amended Complaint filed by plaintiffs Michele Mazur and Sarah Bates ("Plaintiffs") herein:

## NATURE OF THE CASE

1.      In answer to paragraph 1, Defendant denies all allegations as they pertain to Defendant.

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  Defendant lacks information and belief sufficient to enable it to answer the allegations contained within

2  paragraph 1 of the Amended Complaint as they pertain to the other defendants and therefore denies the

3  allegations contained therein.

4       2.    Defendant lacks information and belief sufficient to enable it to answer the allegations

5  contained within paragraph 2 of the Amended Complaint and therefore denies the allegations contained

6  therein.

7       3.    Defendant lacks information and belief sufficient to enable it to answer the allegations

8  contained within paragraph 3 of the Amended Complaint and therefore denies the allegations contained

9  therein.

10       4.    Defendant lacks information and belief sufficient to enable it to answer the allegations

11  contained within paragraph 4 of the Amended Complaint and therefore denies the allegations contained

12  therein.

13       5.    In answer to paragraph 5, Defendant denies all allegations as they pertain to Defendant.

14  Defendant lacks information and belief sufficient to enable it to answer the allegations contained within

15  paragraph 5 of the Amended Complaint as they pertain to the other defendants therefore denies the

16  allegations contained therein.

17       6.    Defendant admits that plaintiffs purport to bring this putative Class Action pursuant to

18  Federal Rules of Civil Procedure 23(a), (b)(1), (b)(2), and (b)(3).  Except as expressly admitted,

19  defendant denies each and every other allegation contained within paragraph 6 of the amended

20  Complaint.

21       7.    In answer to paragraph 7, Defendant denies all allegations as they pertain to Defendant.

22  Defendant lacks information and belief sufficient to enable it to answer the allegations contained within

23  paragraph 7 of the Amended Complaint as they pertain to the other defendants and therefore denies the

24  allegations contained therein.

25                              **JURISDICTION AND VENUE**

26       8.    Defendant admits that plaintiffs purport to state a claim pursuant to 28 USC §1332.

27  Except as expressly admitted, defendant denies each and every other allegation contained within

28

-2-
**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  paragraph 8 of the Amended Complaint.

2      9.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3  contained within paragraph 9 of the Amended Complaint and therefore denies the allegations contained

4  therein.

5  **PARTIES**

6      10.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 10 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      11.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 11 of the Amended Complaint and therefore denies the allegations

11  contained therein. .

12      12.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 12 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15      13.    Defendant admits that it is located at 2057 South Atlantic Boulevard, Los Angeles,

16  California 90040. Defendant also admits that it operates internet jewelry auctions using eBay live

17  auctions.

18      14.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 14 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      15.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 15 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      16.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 16 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27  **CLASS ACTION ALLEGATIONS**

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

17.    Defendant admits that plaintiffs purport to bring this Class Action pursuant to Federal Rule of Civil Procedure 23.  Except as expressly admitted, defendant lacks information and belief sufficient to enable it to answer the additional allegations contained in Paragraph 17 of the Amended Complaint and therefore denies the allegations contained therein.

18.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 18 of the Amended Complaint and therefore denies the allegations contained therein.

19.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 19 of the Amended Complaint and therefore denies the allegations contained therein.

20.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 20 of the Amended Complaint and therefore denies the allegations contained therein.

21.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 21 of the Amended Complaint and therefore denies the allegations contained therein.

22.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 22 of the Amended Complaint and therefore denies the allegations contained therein.

23.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 23 of the Amended Complaint and therefore denies the allegations contained therein.

24.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 24 of the Amended Complaint and therefore denies the allegations contained therein.

25.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 25 of the Amended Complaint and therefore denies the allegations

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1   contained therein.

2       26.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3   contained within paragraph 26 of the Amended Complaint and therefore denies the allegations

4   contained therein.

5       27.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6   contained within paragraph 27 of the Amended Complaint and therefore denies the allegations

7   contained therein.

8       28.    Defendant admits that it conducts substantial business in California and that it maintains

9   its principal office in California.  Except as expressly admitted, defendant lacks information and belief

10  sufficient to enable it to answer the other allegations contained within Paragraph 28 of the Amended

11  Complaint and therefore denies the other allegations contained therein.

12                          **STATEMENT OF FACTS**

13      29.    As to the allegation at Page 6, Line 23 of the Amended Complaint that "eBay promises

14  that live actions are safe; they are not,"  Defendant lacks sufficient information and belief to enable it

15  to answer that allegation and therefore denies the same. Defendant lacks information and belief

16  sufficient to enable it to answer the allegations contained within paragraph 29 of the Amended

17  Complaint and therefore denies the allegations contained therein.

18      30.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 30 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      31.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 31 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      32.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 32 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27      33.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

-5-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained within paragraph 33 of the Amended Complaint and therefore denies the allegations

2    contained therein.

3        34.      Defendant lacks information and belief sufficient to enable it to answer the allegations

4    contained within paragraph 34 of the Amended Complaint and therefore denies the allegations

5    contained therein.

6        35.      Defendant lacks information and belief sufficient to enable it to answer the allegations

7    contained within paragraph 35 of the Amended Complaint and therefore denies the allegations

8    contained therein.

9        36.      Defendant lacks information and belief sufficient to enable it to answer the allegations

10    contained within paragraph 36 of the Amended Complaint and therefore denies the allegations

11    contained therein.

12        37.      Defendant lacks information and belief sufficient to enable it to answer the allegations

13    contained within paragraph 37 of the Amended Complaint and therefore denies the allegations

14    contained therein.

15        38.      Defendant lacks information and belief sufficient to enable it to answer the allegations

16    contained within paragraph 38 of the Amended Complaint and therefore denies the allegations

17    contained therein.

18        39.      As to the allegation at page 9, lines 14 - 15 of the Amended complaint that "SOM

19    AUCTIONS, INCLUDING ALL AUCTIONS HELD BY SELLER DEFENDANTS, ARE COMPLETE

20    FRAUDS," Defendant lacks information and belief sufficient to enable it to answer those allegations

21    and therefore denies the same. Defendant lacks information and belief sufficient to enable it to answer

22    the allegations contained within paragraph 39 of the Amended Complaint and therefore denies the

23    allegations contained therein.

24        40.      Defendant lacks information and belief sufficient to enable it to answer the allegations

25    contained within paragraph 40 of the Amended Complaint and therefore denies the allegations

26    contained therein.

27        41.      Defendant lacks information and belief sufficient to enable it to answer the allegations

28

-6-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 41 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3       42.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 42 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6       43.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 43 of the Amended Complaint and therefore denies the allegations contained

8  therein.

9       44.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10 contained within paragraph 44 of the Amended Complaint and therefore denies the allegations

11 contained therein.    As for the allegation at page 10, line 11 of the Amended Complaint regarding the

12 alleged "details of HJA fraud," Defendant lacks information and belief sufficient to enable it to answer

13 that allegation and therefore denies the same.

14      45.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15 contained within paragraph 45 of the Amended Complaint and therefore denies the allegations

16 contained therein.

17      46.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18 contained within paragraph 46 of the Amended Complaint and therefore denies the allegations

19 contained therein.

20      47.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21 contained within paragraph 47 of the Amended Complaint and therefore denies the allegations

22 contained therein.

23      48.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24 contained within paragraph 48 of the Amended Complaint and therefore denies the allegations

25 contained therein.

26      49.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27 contained within paragraph 49 of the Amended Complaint and therefore denies the allegations

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1   contained therein.

2       50.     Defendant lacks information and belief sufficient to enable it to answer the allegations

3   contained within paragraph 50 of the Amended Complaint and therefore denies the allegations

4   contained therein.

5       51.     Defendant lacks information and belief sufficient to enable it to answer the allegations

6   contained within paragraph 51 of the Amended Complaint and therefore denies the allegations

7   contained therein.

8       52.     Defendant lacks information and belief sufficient to enable it to answer the allegations

9   contained within paragraph 52 of the Amended Complaint and therefore denies the allegations

10  contained therein.

11      53.     Defendant lacks information and belief sufficient to enable it to answer the allegations

12  contained within paragraph 53 of the Amended Complaint and therefore denies the allegations

13  contained therein.

14      54.     Defendant lacks information and belief sufficient to enable it to answer the allegations

15  contained within paragraph 54 of the Amended Complaint and therefore denies the allegations

16  contained therein.

17      55.     Defendant lacks information and belief sufficient to enable it to answer the allegations

18  contained within paragraph 55 of the Amended Complaint and therefore denies the allegations

19  contained therein.

20      56.     Defendant lacks information and belief sufficient to enable it to answer the allegations

21  contained within paragraph 56 of the Amended Complaint and therefore denies the allegations

22  contained therein.

23      57.     Defendant lacks information and belief sufficient to enable it to answer the allegations

24  contained within paragraph 57 of the Amended Complaint and therefore denies the allegations

25  contained therein.

26      58.     Defendant lacks information and belief sufficient to enable it to answer the allegations

27  contained within paragraph 58 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained therein.

2        59.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3    contained within paragraph 59 of the Amended Complaint and therefore denies the allegations

4    contained therein.

5        60.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6    contained within paragraph 60 of the Amended Complaint and therefore denies the allegations

7    contained therein.

8        61.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9    contained within paragraph 61 of the Amended Complaint and therefore denies the allegations

10   contained therein.

11       62.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12   contained within paragraph 62 of the Amended Complaint and therefore denies the allegations

13   contained therein.

14       63.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15   contained within paragraph 63 of the Amended Complaint and therefore denies the allegations

16   contained therein.

17       64.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18   contained within paragraph 64 of the Amended Complaint and therefore denies the allegations

19   contained therein.

20       65.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21   contained within paragraph 65 of the Amended Complaint and therefore denies the allegations

22   contained therein.  As to the allegation at page16 lines 5-7, defendant lacks information and belief

23   sufficient to enable it to answer those allegations and therefore denies same.

24       66.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25   contained within paragraph 66 of the Amended Complaint and therefore denies the allegations

26   contained therein.

27       67.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 67 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3      68.     Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 68 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6      69.     Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 69 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      70.     Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 70 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12      71.     Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 71 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15      72.     Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 72 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18      73.     Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 73 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      74.     Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 74 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      75.     Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 75 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27      76.     Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 76 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3      77.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 77 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6      78.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 78 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      79.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 79 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12      80.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 80 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15      81.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 81 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18      82.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 82 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      83.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 83 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      84.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 84 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27      85.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 85 of the Amended Complaint and therefore denies the allegations
2  contained therein.

3      86.    Defendant lacks information and belief sufficient to enable it to answer the allegations
4  contained within paragraph 86 of the Amended Complaint and therefore denies the allegations
5  contained therein.

6      87.    Defendant lacks information and belief sufficient to enable it to answer the allegations
7  contained within paragraph 87 of the Amended Complaint and therefore denies the allegations
8  contained therein.

9      88.    Defendant lacks information and belief sufficient to enable it to answer the allegations
10  contained within paragraph 88 of the Amended Complaint and therefore denies the allegations
11  contained therein.

12      89.    Defendant lacks information and belief sufficient to enable it to answer the allegations
13  contained within paragraph 89 of the Amended Complaint and therefore denies the allegations
14  contained therein.

15      90.    Defendant lacks information and belief sufficient to enable it to answer the allegations
16  contained within paragraph 90 of the Amended Complaint and therefore denies the allegations
17  contained therein.

18      91.    Defendant lacks information and belief sufficient to enable it to answer the allegations
19  contained within paragraph 91 of the Amended Complaint and therefore denies the allegations
20  contained therein.  As to the allegations at page 20, lines 15-16, defendant lacks information and belief
21  sufficient to enable it to answer those allegations and therefore denies same.

22      92.    Defendant lacks information and belief sufficient to enable it to answer the allegations
23  contained within paragraph 92 of the Amended Complaint and therefore denies the allegations
24  contained therein.

25      93.    Defendant lacks information and belief sufficient to enable it to answer the allegations
26  contained within paragraph 93 of the Amended Complaint and therefore denies the allegations
27  contained therein.

28

-12-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    94.    Defendant lacks information and belief sufficient to enable it to answer the allegations
2  contained within paragraph 94 of the Amended Complaint and therefore denies the allegations
3  contained therein.

4    95.    Defendant lacks information and belief sufficient to enable it to answer the allegations
5  contained within paragraph 95 of the Amended Complaint and therefore denies the allegations
6  contained therein.

7    96.    Defendant lacks information and belief sufficient to enable it to answer the allegations
8  contained within paragraph 96 of the Amended Complaint and therefore denies the allegations
9  contained therein.

10    97.    Defendant lacks information and belief sufficient to enable it to answer the allegations
11  contained within paragraph 97 of the Amended Complaint and therefore denies the allegations
12  contained therein.

13    98.    Defendant lacks information and belief sufficient to enable it to answer the allegations
14  contained within paragraph 98 of the Amended Complaint and therefore denies the allegations
15  contained therein.

16    99.    Defendant lacks information and belief sufficient to enable it to answer the allegations
17  contained within paragraph 99 of the Amended Complaint and therefore denies the allegations
18  contained therein.

19    100.    Defendant lacks information and belief sufficient to enable it to answer the allegations
20  contained within paragraph 100 of the Amended Complaint and therefore denies the allegations
21  contained therein.

22    101.    Defendant lacks information and belief sufficient to enable it to answer the allegations
23  contained within paragraph 101 of the Amended Complaint and therefore denies the allegations
24  contained therein.

25    102.    Defendant lacks information and belief sufficient to enable it to answer the allegations
26  contained within paragraph 102 of the Amended Complaint and therefore denies the allegations
27  contained therein.

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1      103.    Defendant lacks information and belief sufficient to enable it to answer the allegations

2   contained within paragraph 103 of the Amended Complaint and therefore denies the allegations

3   contained therein.

4      104.    Defendant lacks information and belief sufficient to enable it to answer the allegations

5   contained within paragraph 104 of the Amended Complaint and therefore denies the allegations

6   contained therein.

7      105.    Defendant lacks information and belief sufficient to enable it to answer the allegations

8   contained within paragraph 105 of the Amended Complaint and therefore denies the allegations

9   contained therein.

10     106.    Defendant lacks information and belief sufficient to enable it to answer the allegations

11   contained within paragraph 106 of the Amended Complaint and therefore denies the allegations

12   contained therein.

13     107.    Defendant lacks information and belief sufficient to enable it to answer the allegations

14   contained within paragraph 107 of the Amended Complaint and therefore denies the allegations

15   contained therein.

16     108.    Defendant lacks information and belief sufficient to enable it to answer the allegations

17   contained within paragraph 108 of the Amended Complaint and therefore denies the allegations

18   contained therein.

19     109.    Defendant lacks information and belief sufficient to enable it to answer the allegations

20   contained within paragraph 109 of the Amended Complaint and therefore denies the allegations

21   contained therein.

22     110.    Defendant lacks information and belief sufficient to enable it to answer the allegations

23   contained within paragraph 110 of the Amended Complaint and therefore denies the allegations

24   contained therein.

25     111.    Defendant lacks information and belief sufficient to enable it to answer the allegations

26   contained within paragraph 111 of the Amended Complaint and therefore denies the allegations

27   contained therein.

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    112.    Defendant lacks information and belief sufficient to enable it to answer the allegations

2    contained within paragraph 112 of the Amended Complaint and therefore denies the allegations

3    contained therein.

4    113.    Defendant lacks information and belief sufficient to enable it to answer the allegations

5    contained within paragraph 113 of the Amended Complaint and therefore denies the allegations

6    contained therein.

7    114.    Defendant lacks information and belief sufficient to enable it to answer the allegations

8    contained within paragraph 114 of the Amended Complaint and therefore denies the allegations

9    contained therein.

10    115.    Defendant lacks information and belief sufficient to enable it to answer the allegations

11    contained within paragraph 115 of the Amended Complaint and therefore denies the allegations

12    contained therein.

13    116.    Defendant lacks information and belief sufficient to enable it to answer the allegations

14    contained within paragraph 116 of the Amended Complaint and therefore denies the allegations

15    contained therein.  As to the allegations at pages 23-24, lines 28 and 1-2, Defendant lacks information

16    and belief sufficient to enable it to answer those allegations and therefore denies same.

17    117.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18    contained within paragraph 117 of the Amended Complaint and therefore denies the allegations

19    contained therein.

20    118.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21    contained within paragraph 118 of the Amended Complaint and therefore denies the allegations

22    contained therein.

23    119.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24    contained within paragraph 119 of the Amended Complaint and therefore denies the allegations

25    contained therein.

26    120.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27    contained within paragraph 120 of the Amended Complaint and therefore denies the allegations

28

-15-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained therein.

2      121.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3  contained within paragraph 121 of the Amended Complaint and therefore denies the allegations

4  contained therein.

5      122.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6  contained within paragraph 122 of the Amended Complaint and therefore denies the allegations

7  contained therein.

8      123.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9  contained within paragraph 123 of the Amended Complaint and therefore denies the allegations

10  contained therein.

11      124.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12  contained within paragraph 124 of the Amended Complaint and therefore denies the allegations

13  contained therein.

14          **CAUSES OF ACTION AGAINST EBAY**

15      125.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 125 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18      126.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 126 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      127.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 127 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      128.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 128 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27      129.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 129 of the Amended Complaint and therefore denies the allegations
2  contained therein.

3         130.    Defendant lacks information and belief sufficient to enable it to answer the allegations
4  contained within paragraph 130 of the Amended Complaint and therefore denies the allegations
5  contained therein.

6         131.    Defendant lacks information and belief sufficient to enable it to answer the allegations
7  contained within paragraph 131 of the Amended Complaint and therefore denies the allegations
8  contained therein.

9         132.    Defendant lacks information and belief sufficient to enable it to answer the allegations
10  contained within paragraph 132 of the Amended Complaint and therefore denies the allegations
11  contained therein.

12         133.    Defendant lacks information and belief sufficient to enable it to answer the allegations
13  contained within paragraph 133 of the Amended Complaint and therefore denies the allegations
14  contained therein.

15         134.    Defendant lacks information and belief sufficient to enable it to answer the allegations
16  contained within paragraph 134 of the Amended Complaint and therefore denies the allegations
17  contained therein.

18         135.    Defendant lacks information and belief sufficient to enable it to answer the allegations
19  contained within paragraph 135 of the Amended Complaint and therefore denies the allegations
20  contained therein.

21         136.    Defendant lacks information and belief sufficient to enable it to answer the allegations
22  contained within paragraph 136 of the Amended Complaint and therefore denies the allegations
23  contained therein.

24         137.    Defendant lacks information and belief sufficient to enable it to answer the allegations
25  contained within paragraph 137 of the Amended Complaint and therefore denies the allegations
26  contained therein.

27         138.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 138 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3      139.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 139 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6      140.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 140 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      141.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 141 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12      142.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 142 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15      143.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 143 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18      144.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 144 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      145.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 145 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      146.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 146 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27      147.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1   contained within paragraph 147 of the Amended Complaint and therefore denies the allegations

2   contained therein.

3           148.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4   contained within paragraph 148 of the Amended Complaint and therefore denies the allegations

5   contained therein.

6           149.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7   contained within paragraph 149 of the Amended Complaint and therefore denies the allegations

8   contained therein.

9           150.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 150 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12          151.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 151 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15          152.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 152 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18          153.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 153 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21          154.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 154 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24          155.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 155 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27          156.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

-19-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 156 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3       157.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 157 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6       158.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 158 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9       159.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 159 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12       160.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 160 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15       161.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 161 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18       162.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 162 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21       163.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 163 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24       164.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 164 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27       165.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

-20-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 165 of the Amended Complaint and therefore denies the allegations
2  contained therein.

3      166.    Defendant lacks information and belief sufficient to enable it to answer the allegations
4  contained within paragraph 166 of the Amended Complaint and therefore denies the allegations
5  contained therein.

6      167.    Defendant lacks information and belief sufficient to enable it to answer the allegations
7  contained within paragraph 167 of the Amended Complaint and therefore denies the allegations
8  contained therein.

9      168.    Defendant lacks information and belief sufficient to enable it to answer the allegations
10  contained within paragraph 168 of the Amended Complaint and therefore denies the allegations
11  contained therein.

12      169.    Defendant lacks information and belief sufficient to enable it to answer the allegations
13  contained within paragraph 169 of the Amended Complaint and therefore denies the allegations
14  contained therein.

15      170.    Defendant lacks information and belief sufficient to enable it to answer the allegations
16  contained within paragraph 170 of the Amended Complaint and therefore denies the allegations
17  contained therein.

18      171.    Defendant lacks information and belief sufficient to enable it to answer the allegations
19  contained within paragraph 171 of the Amended Complaint and therefore denies the allegations
20  contained therein.

21      172.    Defendant lacks information and belief sufficient to enable it to answer the allegations
22  contained within paragraph 172 of the Amended Complaint and therefore denies the allegations
23  contained therein.

24      173.    Defendant lacks information and belief sufficient to enable it to answer the allegations
25  contained within paragraph 173 of the Amended Complaint and therefore denies the allegations
26  contained therein.

27      174.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1 | contained within paragraph 174 of the Amended Complaint and therefore denies the allegations

2 | contained therein.

3 |       175.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4 | contained within paragraph 175 of the Amended Complaint and therefore denies the allegations

5 | contained therein.

6 |       176.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7 | contained within paragraph 176 of the Amended Complaint and therefore denies the allegations

8 | contained therein.

9 |       177.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10 | contained within paragraph 177 of the Amended Complaint and therefore denies the allegations

11 | contained therein.

12 |       178.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13 | contained within paragraph 178 of the Amended Complaint and therefore denies the allegations

14 | contained therein.

15 |       179.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16 | contained within paragraph 179 of the Amended Complaint and therefore denies the allegations

17 | contained therein.

18 |       180.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19 | contained within paragraph 180 of the Amended Complaint and therefore denies the allegations

20 | contained therein.

21 |       181.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22 | contained within paragraph 181 of the Amended Complaint and therefore denies the allegations

23 | contained therein.

24 |       182.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25 | contained within paragraph 182 of the Amended Complaint and therefore denies the allegations

26 | contained therein.

27 |       183.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28 |

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained within paragraph 183 of the Amended Complaint and therefore denies the allegations

2    contained therein.

3        184.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4    contained within paragraph 184 of the Amended Complaint and therefore denies the allegations

5    contained therein.

6        185.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7    contained within paragraph 185 of the Amended Complaint and therefore denies the allegations

8    contained therein.

9        186.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10    contained within paragraph 186 of the Amended Complaint and therefore denies the allegations

11    contained therein.

12        187.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13    contained within paragraph 187 of the Amended Complaint and therefore denies the allegations

14    contained therein.

15        188.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16    contained within paragraph 188 of the Amended Complaint and therefore denies the allegations

17    contained therein.

18        189.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19    contained within paragraph 189 of the Amended Complaint and therefore denies the allegations

20    contained therein.

21        190.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22    contained within paragraph 190 of the Amended Complaint and therefore denies the allegations

23    contained therein.

24        191.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25    contained within paragraph 191 of the Amended Complaint and therefore denies the allegations

26    contained therein.

27        192.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained within paragraph 192 of the Amended Complaint and therefore denies the allegations

2    contained therein.

3         193.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4    contained within paragraph 193 of the Amended Complaint and therefore denies the allegations

5    contained therein.

6         194.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7    contained within paragraph 194 of the Amended Complaint and therefore denies the allegations

8    contained therein.

9         195.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10   contained within paragraph 195 of the Amended Complaint and therefore denies the allegations

11   contained therein.

12        196.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13   contained within paragraph 196 of the Amended Complaint and therefore denies the allegations

14   contained therein.

15        197.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16   contained within paragraph 197 of the Amended Complaint and therefore denies the allegations

17   contained therein.

18        198.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19   contained within paragraph 198 of the Amended Complaint and therefore denies the allegations

20   contained therein.

21        199.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22   contained within paragraph 199 of the Amended Complaint and therefore denies the allegations

23   contained therein.

24        200.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25   contained within paragraph 200 of the Amended Complaint and therefore denies the allegations

26   contained therein.

27        201.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained within paragraph 201 of the Amended Complaint and therefore denies the allegations

2    contained therein.

3        202.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4    contained within paragraph 202 of the Amended Complaint and therefore denies the allegations

5    contained therein.

6        203.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7    contained within paragraph 203 of the Amended Complaint and therefore denies the allegations

8    contained therein.

9        204.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10    contained within paragraph 204 of the Amended Complaint and therefore denies the allegations

11    contained therein.

12        205.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13    contained within paragraph 205 of the Amended Complaint and therefore denies the allegations

14    contained therein.

15        206.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16    contained within paragraph 206 of the Amended Complaint and therefore denies the allegations

17    contained therein.

18        207.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19    contained within paragraph 207 of the Amended Complaint and therefore denies the allegations

20    contained therein.

21        208.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22    contained within paragraph 208 of the Amended Complaint and therefore denies the allegations

23    contained therein.

24        209.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25    contained within paragraph 209 of the Amended Complaint and therefore denies the allegations

26    contained therein.

27        210.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1   contained within paragraph 210 of the Amended Complaint and therefore denies the allegations

2   contained therein.

3       211.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4   contained within paragraph 211 of the Amended Complaint and therefore denies the allegations

5   contained therein.

6       212.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7   contained within paragraph 212 of the Amended Complaint and therefore denies the allegations

8   contained therein.

9       213.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 213 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12  **CAUSES OF ACTION AGAINST HJA**

13      214.    Defendant incorporates by reference its responses to Paragraphs 1 through 213 of the

14  Amended Complaint as though fully set forth herein.

15      215.    Defendant admits that plaintiff Mazur purports to bring this claim individually and on

16  behalf of the class against HJA.

17      216.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18  contained within paragraph 216 of the Amended Complaint and therefore denies the allegations

19  contained therein.

20      217.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21  contained within paragraph 217 of the Amended Complaint and therefore denies the allegations

22  contained therein.

23      218.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24  contained within paragraph 218 of the Amended Complaint and therefore denies the allegations

25  contained therein.

26      219.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27  contained within paragraph 219 of the Amended Complaint and therefore denies the allegations

28
**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1   contained therein.

2       220.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3   contained within paragraph 220 of the Amended Complaint and therefore denies the allegations

4   contained therein.

5       221.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6   contained within paragraph 221 of the Amended Complaint and therefore denies the allegations

7   contained therein.

8       222.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9   contained within paragraph 222 of the Amended Complaint and therefore denies the allegations

10  contained therein.

11      223.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12  contained within paragraph 223 of the Amended Complaint and therefore denies the allegations

13  contained therein.

14      224.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15  contained within paragraph 224 of the Amended Complaint and therefore denies the allegations

16  contained therein.

17      225.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18  contained within paragraph 225 of the Amended Complaint and therefore denies the allegations

19  contained therein.

20      226.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21  contained within paragraph 226 of the Amended Complaint and therefore denies the allegations

22  contained therein.

23      227.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24  contained within paragraph 227 of the Amended Complaint and therefore denies the allegations

25  contained therein.

26      228.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27  contained within paragraph 228 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained therein.

2      229.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3  contained within paragraph 229 of the Amended Complaint and therefore denies the allegations

4  contained therein.

5      230.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6  contained within paragraph 230 of the Amended Complaint and therefore denies the allegations

7  contained therein.

8      231.    Defendant incorporates by reference its responses to paragraphs 1 through 230 of the

9  Amended Complaint as though fully set forth herein.

10     232.    Defendant admits that plaintiff Mazur purports to bring this claim individually and on

11  behalf of the class against HJA.

12     233.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 233 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15     234.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 234 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18     235.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 235 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21     236.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 236 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24     237.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 237 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27     238.    Defendant incorporates by reference its responses to paragraphs 1 through 237 of the

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  Amended Complaint as though fully set forth herein.

2         239    Defendant admits that plaintiff Mazur purports to bring this claim individually and on

3  behalf of the class against HJA.

4         240.   Defendant lacks information and belief sufficient to enable it to answer the allegations

5  contained within paragraph 240 of the Amended Complaint and therefore denies the allegations

6  contained therein.

7         241.   Defendant lacks information and belief sufficient to enable it to answer the allegations

8  contained within paragraph 241 of the Amended Complaint and therefore denies the allegations

9  contained therein.

10        242.   Defendant lacks information and belief sufficient to enable it to answer the allegations

11 contained within paragraph 242 of the Amended Complaint and therefore denies the allegations

12 contained therein.

13        243.   Defendant lacks information and belief sufficient to enable it to answer the allegations

14 contained within paragraph 243 of the Amended Complaint and therefore denies the allegations

15 contained therein.

16        244.   Defendant lacks information and belief sufficient to enable it to answer the allegations

17 contained within paragraph 244 of the Amended Complaint and therefore denies the allegations

18 contained therein.

19        245.   Defendant lacks information and belief sufficient to enable it to answer the allegations

20 contained within paragraph 245 of the Amended Complaint and therefore denies the allegations

21 contained therein.

22        246.   Defendant lacks information and belief sufficient to enable it to answer the allegations

23 contained within paragraph 246 of the Amended Complaint and therefore denies the allegations

24 contained therein.

25        247.   Defendant lacks information and belief sufficient to enable it to answer the allegations

26 contained within paragraph 247 of the Amended Complaint and therefore denies the allegations

27 contained therein.

28
**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

248.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 248 of the Amended Complaint and therefore denies the allegations contained therein.

249.    Defendant incorporates herein by reference its responses to paragraphs 1 through 248 of the Amended Complaint as though fully set forth herein.

250.    Defendant admits that plaintiff Mazur purports to bring this claim individually and on behalf of the class against HJA.

251.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 251 of the Amended Complaint and therefore denies the allegations contained therein.

252.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 252 of the Amended Complaint and therefore denies the allegations contained therein.

253.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 253 of the Amended Complaint and therefore denies the allegations contained therein.

254.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 254 of the Amended Complaint and therefore denies the allegations contained therein.

255.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 255 of the Amended Complaint and therefore denies the allegations contained therein.

256.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 256 of the Amended Complaint and therefore denies the allegations contained therein.

257.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 257 of the Amended Complaint and therefore denies the allegations

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained therein.

2      258.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3  contained within paragraph 258 of the Amended Complaint and therefore denies the allegations

4  contained therein.

5      259.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6  contained within paragraph 259 of the Amended Complaint and therefore denies the allegations

7  contained therein.

8      260.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9  contained within paragraph 260 of the Amended Complaint and therefore denies the allegations

10  contained therein.

11      261.    Defendant incorporates by reference its responses to paragraphs 1 through 260 of the

12  Amended Complaint as though fully set forth herein.

13      262.    Defendant admits that plaintiff Mazur purports to bring this claim individually and on

14  behalf of the class against HJA.

15      263.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 263 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18      264.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 264 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      265.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 265 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      266.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 266 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27      267.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 267 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3       268.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 268 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6       269.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 269 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9       270.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 270 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12       271.    Defendant incorporates by reference its responses to paragraphs 1 through 270 of the

13  Amended Complaint as though fully set forth herein.

14       272.    Defendant admits that plaintiff Mazur purports to bring this claim individually and on

15  behalf of the class against HJA.

16       273.    Defendant lacks information and belief sufficient to enable it to answer the allegations

17  contained within paragraph 273 of the Amended Complaint and therefore denies the allegations

18  contained therein.

19       274.    Defendant lacks information and belief sufficient to enable it to answer the allegations

20  contained within paragraph 274 of the Amended Complaint and therefore denies the allegations

21  contained therein.

22       275.    Defendant lacks information and belief sufficient to enable it to answer the allegations

23  contained within paragraph 275 of the Amended Complaint and therefore denies the allegations

24  contained therein.

25       276.    Defendant lacks information and belief sufficient to enable it to answer the allegations

26  contained within paragraph 276 of the Amended Complaint and therefore denies the allegations

27  contained therein.

28

-32-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1      277.    Defendant incorporates by reference its responses to paragraphs 1 through 276 of the

2  Amend Complaint as though fully set forth herein.

3      278.    Defendant admits that plaintiff Mazur purports to bring this claim individually and on

4  behalf of the class against HJA.

5      279.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6  contained within paragraph 279 of the Amended Complaint and therefore denies the allegations

7  contained therein.

8      280.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9  contained within paragraph 280 of the Amended Complaint and therefore denies the allegations

10  contained therein.

11      281.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12  contained within paragraph 281 of the Amended Complaint and therefore denies the allegations

13  contained therein.

14      282.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15  contained within paragraph 282 of the Amended Complaint and therefore denies the allegations

16  contained therein.

17      283.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18  contained within paragraph 283 of the Amended Complaint and therefore denies the allegations

19  contained therein.

20      284.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21  contained within paragraph 284 of the Amended Complaint and therefore denies the allegations

22  contained therein.

23      285.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24  contained within paragraph 285 of the Amended Complaint and therefore denies the allegations

25  contained therein.

26      286.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27  contained within paragraph 286 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained therein.

2      287.    Defendant incorporates by reference its responses to paragraphs 1 through 286 of the

3  Amend Complaint as though fully set forth herein.

4      288.    Defendant admits that plaintiff Mazur purports to bring this claim individually and on

5  behalf of the class against HJA.

6      289.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 289 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      290.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10 contained within paragraph 290 of the Amended Complaint and therefore denies the allegations

11 contained therein.

12     291.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13 contained within paragraph 291 of the Amended Complaint and therefore denies the allegations

14 contained therein.

15          **CAUSES OF ACTION AGAINST NEIMANS**

16     292.    Defendant incorporates by reference its responses to paragraphs 1 through 291 of the

17 Amend Complaint as though fully set forth herein.

18     293.    Defendant admits that plaintiff Bates purports to bring this claim individually and on

19 behalf of the class against HJA.

20     294.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21 contained within paragraph 294 the Amended Complaint and therefore denies the allegations contained

22 therein.

23     295.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24 contained within paragraph 295 of the Amended Complaint and therefore denies the allegations

25 contained therein.

26     296.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27 contained within paragraph 296 of the Amended Complaint and therefore denies the allegations

28

-34-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained therein.

2        297.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3    contained within paragraph 297 of the Amended Complaint and therefore denies the allegations

4    contained therein.

5        298.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6    contained within paragraph 298 of the Amended Complaint and therefore denies the allegations

7    contained therein.

8        299.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9    contained within paragraph 299 of the Amended Complaint and therefore denies the allegations

10   contained therein.

11       300.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12   contained within paragraph 300 of the Amended Complaint and therefore denies the allegations

13   contained therein.

14       301.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15   contained within paragraph 301 of the Amended Complaint and therefore denies the allegations

16   contained therein.

17       302.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18   contained within paragraph 302 of the Amended Complaint and therefore denies the allegations

19   contained therein.

20       303.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21   contained within paragraph 303 of the Amended Complaint and therefore denies the allegations

22   contained therein.

23       304.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24   contained within paragraph 304 of the Amended Complaint and therefore denies the allegations

25   contained therein.

26       305.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27   contained within paragraph 305 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1   contained therein.

2       306.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3   contained within paragraph 306 of the Amended Complaint and therefore denies the allegations

4   contained therein.

5       307.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6   contained within paragraph 307 of the Amended Complaint and therefore denies the allegations

7   contained therein.

8       308.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9   contained within paragraph 308 of the Amended Complaint and therefore denies the allegations

10  contained therein.

11      309.    Defendant incorporates by reference its responses to paragraphs 1 through 308 of the

12  Amend Complaint as though fully set forth herein.

13      310.    Defendant lacks information and belief sufficient to enable it to answer the allegations

14  contained within paragraph 310 of the Amended Complaint and therefore denies the allegations

15  contained therein.

16      311.    Defendant lacks information and belief sufficient to enable it to answer the allegations

17  contained within paragraph 311 of the Amended Complaint and therefore denies the allegations

18  contained therein.

19      312.    Defendant lacks information and belief sufficient to enable it to answer the allegations

20  contained within paragraph 312 of the Amended Complaint and therefore denies the allegations

21  contained therein.

22      313.    Defendant lacks information and belief sufficient to enable it to answer the allegations

23  contained within paragraph 313 of the Amended Complaint and therefore denies the allegations

24  contained therein.

25      314.    Defendant lacks information and belief sufficient to enable it to answer the allegations

26  contained within paragraph 314 of the Amended Complaint and therefore denies the allegations

27  contained therein.

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

315.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 315 of the Amended Complaint and therefore denies the allegations contained therein.

316.    Defendant incorporates by reference its responses to paragraphs 1 through 315 of the Amend Complaint as though fully set forth herein.

317.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 317 of the Amended Complaint and therefore denies the allegations contained therein.

318.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 318 of the Amended Complaint and therefore denies the allegations contained therein.

319.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 319 of the Amended Complaint and therefore denies the allegations contained therein.

320.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 320 of the Amended Complaint and therefore denies the allegations contained therein.

321.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 321 of the Amended Complaint and therefore denies the allegations contained therein.

322.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 322 of the Amended Complaint and therefore denies the allegations contained therein.

323.    Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 323 of the Amended Complaint and therefore denies the allegations contained therein.

324.    Defendant lacks information and belief sufficient to enable it to answer the allegations

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 324 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3      325.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 325 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6      326.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 326 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      327.    Defendant incorporates by reference its responses to paragraphs 1 through 326 of the

10  Amend Complaint as though fully set forth herein.

11      328.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12  contained within paragraph 328 of the Amended Complaint and therefore denies the allegations

13  contained therein.

14      329.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15  contained within paragraph 329 of the Amended Complaint and therefore denies the allegations

16  contained therein.

17      330.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18  contained within paragraph 330 of the Amended Complaint and therefore denies the allegations

19  contained therein.

20      331.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21  contained within paragraph 331 of the Amended Complaint and therefore denies the allegations

22  contained therein.

23      332.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24  contained within paragraph 332 of the Amended Complaint and therefore denies the allegations

25  contained therein.

26      333.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27  contained within paragraph 333 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained therein.

2      334.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3  contained within paragraph 334 of the Amended Complaint and therefore denies the allegations

4  contained therein.

5      335.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6  contained within paragraph 335 of the Amended Complaint and therefore denies the allegations

7  contained therein.

8      336.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9  contained within paragraph 336 of the Amended Complaint and therefore denies the allegations

10  contained therein.

11      337.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12  contained within paragraph 337 of the Amended Complaint and therefore denies the allegations

13  contained therein.

14      338.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15  contained within paragraph 338 of the Amended Complaint and therefore denies the allegations

16  contained therein.

17      339.    Defendant incorporates by reference its responses to paragraphs 1 through 338 of the

18  Amend Complaint as though fully set forth herein.

19      340.    Defendant lacks information and belief sufficient to enable it to answer the allegations

20  contained within paragraph 340 of the Amended Complaint and therefore denies the allegations

21  contained therein.

22      341.    Defendant lacks information and belief sufficient to enable it to answer the allegations

23  contained within paragraph 341 of the Amended Complaint and therefore denies the allegations

24  contained therein.

25      342.    Defendant lacks information and belief sufficient to enable it to answer the allegations

26  contained within paragraph 342 of the Amended Complaint and therefore denies the allegations

27  contained therein.

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

343. Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 343 of the Amended Complaint and therefore denies the allegations contained therein.

344. Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 344 of the Amended Complaint and therefore denies the allegations contained therein.

345. Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 345 of the Amended Complaint and therefore denies the allegations contained therein.

346. Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 346 of the Amended Complaint and therefore denies the allegations contained therein.

347. Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 347 of the Amended Complaint and therefore denies the allegations contained therein.

348. Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 348 of the Amended Complaint and therefore denies the allegations contained therein.

349. Defendant incorporates by reference its responses to paragraphs 1 through 348 of the Amend Complaint as though fully set forth herein.

350. Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 350 of the Amended Complaint and therefore denies the allegations contained therein.

351. Defendant lacks information and belief sufficient to enable it to answer the allegations contained within paragraph 351 of the Amended Complaint and therefore denies the allegations contained therein.

352. Defendant lacks information and belief sufficient to enable it to answer the allegations

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 352 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3      352.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 353 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6      354.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 354 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      355.    Defendant incorporates by reference its responses to paragraphs 1 through 354 of the

10  Amend Complaint as though fully set forth herein.

11      356.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12  contained within paragraph 356 of the Amended Complaint and therefore denies the allegations

13  contained therein.

14      357.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15  contained within paragraph 357 of the Amended Complaint and therefore denies the allegations

16  contained therein.

17      358.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18  contained within paragraph 358 of the Amended Complaint and therefore denies the allegations

19  contained therein.

20      359.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21  contained within paragraph 359 of the Amended Complaint and therefore denies the allegations

22  contained therein.

23      360.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24  contained within paragraph 360 of the Amended Complaint and therefore denies the allegations

25  contained therein.

26      361.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27  contained within paragraph 361 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained therein.

2    362.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3    contained within paragraph 362 of the Amended Complaint and therefore denies the allegations

4    contained therein.

5    363.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6    contained within paragraph 363 of the Amended Complaint and therefore denies the allegations

7    contained therein.

8    364.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9    contained within paragraph 364 of the Amended Complaint and therefore denies the allegations

10    contained therein.

11    365.    Defendant incorporates by reference its responses to paragraphs 1 through 364 of the

12    Amend Complaint as though fully set forth herein.

13    366.    Defendant lacks information and belief sufficient to enable it to answer the allegations

14    contained within paragraph 366 of the Amended Complaint and therefore denies the allegations

15    contained therein.

16    367.    Defendant lacks information and belief sufficient to enable it to answer the allegations

17    contained within paragraph 367 of the Amended Complaint and therefore denies the allegations

18    contained therein.

19    368.    Defendant lacks information and belief sufficient to enable it to answer the allegations

20    contained within paragraph 368 of the Amended Complaint and therefore denies the allegations

21    contained therein.

22    369.    Defendant lacks information and belief sufficient to enable it to answer the allegations

23    contained within paragraph 369 of the Amended Complaint and therefore denies the allegations

24    contained therein.

25    370.    Defendant incorporates by reference its responses to paragraphs 1 through 369 of the

26    Amend Complaint as though fully set forth herein.

27    371.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 371 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3      372.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 372 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6      373.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 373 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      374.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 374 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12      375.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 375 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15      376.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 376 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18      377.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 377 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      378.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 378 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      379.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 379 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27      380.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

-43-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 380 of the Amended Complaint and therefore denies the allegations

2  contained therein.

3      381.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4  contained within paragraph 381 of the Amended Complaint and therefore denies the allegations

5  contained therein.

6      382.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7  contained within paragraph 382 of the Amended Complaint and therefore denies the allegations

8  contained therein.

9      383.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10  contained within paragraph 383 of the Amended Complaint and therefore denies the allegations

11  contained therein.

12      384.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13  contained within paragraph 384 of the Amended Complaint and therefore denies the allegations

14  contained therein.

15      385.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16  contained within paragraph 385 of the Amended Complaint and therefore denies the allegations

17  contained therein.

18      386.    Defendant incorporates by reference its responses to paragraphs 1 through 385 of the

19  Amend Complaint as though fully set forth herein.

20      387.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21  contained within paragraph 387 of the Amended Complaint and therefore denies the allegations

22  contained therein.

23      388.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24  contained within paragraph 388 of the Amended Complaint and therefore denies the allegations

25  contained therein.

26      389.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27  contained within paragraph 389 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained therein.

2        390.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3    contained within paragraph 390 of the Amended Complaint and therefore denies the allegations

4    contained therein.

5        391.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6    contained within paragraph 391 of the Amended Complaint and therefore denies the allegations

7    contained therein.

8        392.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9    contained within paragraph 392 of the Amended Complaint and therefore denies the allegations

10   contained therein.

11       393.    Defendant incorporates by reference its responses to paragraphs 1 through 392 of the

12   Amend Complaint as though fully set forth herein.

13       394.    Defendant lacks information and belief sufficient to enable it to answer the allegations

14   contained within paragraph 394 of the Amended Complaint and therefore denies the allegations

15   contained therein.

16       395.    Defendant lacks information and belief sufficient to enable it to answer the allegations

17   contained within paragraph 395 of the Amended Complaint and therefore denies the allegations

18   contained therein.

19       396.    Defendant lacks information and belief sufficient to enable it to answer the allegations

20   contained within paragraph 396 of the Amended Complaint and therefore denies the allegations

21   contained therein.

22       397.    Defendant lacks information and belief sufficient to enable it to answer the allegations

23   contained within paragraph 397 of the Amended Complaint and therefore denies the allegations

24   contained therein.

25       398.    Defendant lacks information and belief sufficient to enable it to answer the allegations

26   contained within paragraph 398 of the Amended Complaint and therefore denies the allegations

27   contained therein.

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1      399.    Defendant lacks information and belief sufficient to enable it to answer the allegations

2  contained within paragraph 399 of the Amended Complaint and therefore denies the allegations

3  contained therein.

4      400.    Defendant lacks information and belief sufficient to enable it to answer the allegations

5  contained within paragraph 400 of the Amended Complaint and therefore denies the allegations

6  contained therein.

7      401.    Defendant lacks information and belief sufficient to enable it to answer the allegations

8  contained within paragraph 401 of the Amended Complaint and therefore denies the allegations

9  contained therein.

10      402.    Defendant lacks information and belief sufficient to enable it to answer the allegations

11  contained within paragraph 402 of the Amended Complaint and therefore denies the allegations

12  contained therein.

13      403.    Defendant lacks information and belief sufficient to enable it to answer the allegations

14  contained within paragraph 403 of the Amended Complaint and therefore denies the allegations

15  contained therein.

16      404.    Defendant incorporates by reference its responses to paragraphs 1 through 403 of the

17  Amend Complaint as though fully set forth herein.

18      405.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19  contained within paragraph 405 of the Amended Complaint and therefore denies the allegations

20  contained therein.

21      406.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22  contained within paragraph 406 of the Amended Complaint and therefore denies the allegations

23  contained therein.

24      407.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25  contained within paragraph 407 of the Amended Complaint and therefore denies the allegations

26  contained therein.

27      408.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    contained within paragraph 408 of the Amended Complaint and therefore denies the allegations

2    contained therein.

3        409.    Defendant lacks information and belief sufficient to enable it to answer the allegations

4    contained within paragraph 409 of the Amended Complaint and therefore denies the allegations

5    contained therein.

6        410.    Defendant lacks information and belief sufficient to enable it to answer the allegations

7    contained within paragraph 410 of the Amended Complaint and therefore denies the allegations

8    contained therein.

9        411.    Defendant lacks information and belief sufficient to enable it to answer the allegations

10    contained within paragraph 411 of the Amended Complaint and therefore denies the allegations

11    contained therein.

12        412.    Defendant lacks information and belief sufficient to enable it to answer the allegations

13    contained within paragraph 412 of the Amended Complaint and therefore denies the allegations

14    contained therein.

15        413.    Defendant lacks information and belief sufficient to enable it to answer the allegations

16    contained within paragraph 413 of the Amended Complaint and therefore denies the allegations

17    contained therein.

18        414.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19    contained within paragraph 414 of the Amended Complaint and therefore denies the allegations

20    contained therein.

21        415.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22    contained within paragraph 415 of the Amended Complaint and therefore denies the allegations

23    contained therein.

24        416.    Defendant incorporates by reference its responses to paragraphs 1 through 415 of the

25    Amend Complaint as though fully set forth herein.

26        417.    Defendant lacks information and belief sufficient to enable it to answer the allegations

27    contained within paragraph 417 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained therein.

2      418.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3  contained within paragraph 418 of the Amended Complaint and therefore denies the allegations

4  contained therein.

5      419.    Defendant lacks information and belief sufficient to enable it to answer the allegations

6  contained within paragraph 419 of the Amended Complaint and therefore denies the allegations

7  contained therein.

8      420.    Defendant lacks information and belief sufficient to enable it to answer the allegations

9  contained within paragraph 420 of the Amended Complaint and therefore denies the allegations

10  contained therein.

11      421.    Defendant lacks information and belief sufficient to enable it to answer the allegations

12  contained within paragraph 421 of the Amended Complaint and therefore denies the allegations

13  contained therein.

14      422.    Defendant lacks information and belief sufficient to enable it to answer the allegations

15  contained within paragraph 422 of the Amended Complaint and therefore denies the allegations

16  contained therein.

17      423.    Defendant lacks information and belief sufficient to enable it to answer the allegations

18  contained within paragraph 423 of the Amended Complaint and therefore denies the allegations

19  contained therein.

20      424.    Defendant lacks information and belief sufficient to enable it to answer the allegations

21  contained within paragraph 424 of the Amended Complaint and therefore denies the allegations

22  contained therein.

23      425.    Defendant lacks information and belief sufficient to enable it to answer the allegations

24  contained within paragraph 425 of the Amended Complaint and therefore denies the allegations

25  contained therein.

26      426.    Defendant incorporates by reference its responses to paragraphs 1 through 425 of the

27  Amend Complaint as though fully set forth herein.

28

-48-

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    427.    Defendant lacks information and belief sufficient to enable it to answer the allegations

2    contained within paragraph 427 of the Amended Complaint and therefore denies the allegations

3    contained therein.

4    428.    Defendant lacks information and belief sufficient to enable it to answer the allegations

5    contained within paragraph 428 of the Amended Complaint and therefore denies the allegations

6    contained therein.

7    429.    Defendant lacks information and belief sufficient to enable it to answer the allegations

8    contained within paragraph 429 of the Amended Complaint and therefore denies the allegations

9    contained therein.

10    430.    Defendant lacks information and belief sufficient to enable it to answer the allegations

11    contained within paragraph 430 of the Amended Complaint and therefore denies the allegations

12    contained therein.

13    431.    Defendant lacks information and belief sufficient to enable it to answer the allegations

14    contained within paragraph 431 of the Amended Complaint and therefore denies the allegations

15    contained therein.

16    432.    Defendant incorporates by reference its responses to paragraphs 1 through 431 of the

17    Amend Complaint as though fully set forth herein.

18    433.    Defendant lacks information and belief sufficient to enable it to answer the allegations

19    contained within paragraph 433 of the Amended Complaint and therefore denies the allegations

20    contained therein.

21    434.    Defendant lacks information and belief sufficient to enable it to answer the allegations

22    contained within paragraph 434 of the Amended Complaint and therefore denies the allegations

23    contained therein.

24    435.    Defendant lacks information and belief sufficient to enable it to answer the allegations

25    contained within paragraph 435 of the Amended Complaint and therefore denies the allegations

26    contained therein.

27    436.    Defendant lacks information and belief sufficient to enable it to answer the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained within paragraph 436 of the Amended Complaint and therefore denies the allegations
2  contained therein.

3      437.    Defendant lacks information and belief sufficient to enable it to answer the allegations
4  contained within paragraph 437 of the Amended Complaint and therefore denies the allegations
5  contained therein.

6      438.    Defendant lacks information and belief sufficient to enable it to answer the allegations
7  contained within paragraph 438 of the Amended Complaint and therefore denies the allegations
8  contained therein.

9      439.    Defendant lacks information and belief sufficient to enable it to answer the allegations
10  contained within paragraph 439 of the Amended Complaint and therefore denies the allegations
11  contained therein.

12      440.    Defendant lacks information and belief sufficient to enable it to answer the allegations
13  contained within paragraph 440 of the Amended Complaint and therefore denies the allegations
14  contained therein.

15      441.    Defendant lacks information and belief sufficient to enable it to answer the allegations
16  contained within paragraph 441 of the Amended Complaint and therefore denies the allegations
17  contained therein.

18      442.    Defendant incorporates by reference its responses to paragraphs 1 through 441 of the
19  Amend Complaint as though fully set forth herein.

20      443.    Defendant lacks information and belief sufficient to enable it to answer the allegations
21  contained within paragraph 443 of the Amended Complaint and therefore denies the allegations
22  contained therein.

23      444.    Defendant lacks information and belief sufficient to enable it to answer the allegations
24  contained within paragraph 444 of the Amended Complaint and therefore denies the allegations
25  contained therein.

26      445.    Defendant lacks information and belief sufficient to enable it to answer the allegations
27  contained within paragraph 445 of the Amended Complaint and therefore denies the allegations

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  contained therein.

2      446.    Defendant lacks information and belief sufficient to enable it to answer the allegations

3  contained within paragraph 446 of the Amended Complaint and therefore denies the allegations

4  contained therein.

5      447.    Defendant incorporates by reference its responses to paragraphs 1 through 446 of the

6  Amend Complaint as though fully set forth herein.

7      448.    Defendant lacks information and belief sufficient to enable it to answer the allegations

8  contained within paragraph 448 of the Amended Complaint and therefore denies the allegations

9  contained therein.

10     449.    Defendant lacks information and belief sufficient to enable it to answer the allegations

11 contained within paragraph 449 of the Amended Complaint and therefore denies the allegations

12 contained therein.

13     450.    Defendant lacks information and belief sufficient to enable it to answer the allegations

14 contained within paragraph 450 of the Amended Complaint and therefore denies the allegations

15 contained therein.

16     451.    Defendant lacks information and belief sufficient to enable it to answer the allegations

17 contained within paragraph 451 of the Amended Complaint and therefore denies the allegations

18 contained therein.

19     452.    Defendant lacks information and belief sufficient to enable it to answer the allegations

20 contained within paragraph 452 of the Amended Complaint and therefore denies the allegations

21 contained therein.

22     453.    Defendant lacks information and belief sufficient to enable it to answer the allegations

23 contained within paragraph 453 of the Amended Complaint and therefore denies the allegations

24 contained therein.

25     454.    Defendant lacks information and belief sufficient to enable it to answer the allegations

26 contained within paragraph 454 of the Amended Complaint and therefore denies the allegations

27 contained therein.

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1       455.   Defendant lacks information and belief sufficient to enable it to answer the allegations

2  contained within paragraph 455 of the Amended Complaint and therefore denies the allegations

3  contained therein.

4       456.   Defendant lacks information and belief sufficient to enable it to answer the allegations

5  contained within paragraph 456 of the Amended Complaint and therefore denies the allegations

6  contained therein.

7       457.   Defendant lacks information and belief sufficient to enable it to answer the allegations

8  contained within paragraph 457 of the Amended Complaint and therefore denies the allegations

9  contained therein.

10       458.   Defendant lacks information and belief sufficient to enable it to answer the allegations

11  contained within paragraph 458 of the Amended Complaint and therefore denies the allegations

12  contained therein.

13       459.   Defendant lacks information and belief sufficient to enable it to answer the allegations

14  contained within paragraph 459 of the Amended Complaint and therefore denies the allegations

15  contained therein.

16       460.   Defendant lacks information and belief sufficient to enable it to answer the allegations

17  contained within paragraph 460 of the Amended Complaint and therefore denies the allegations

18  contained therein.

19             **AFFIRMATIVE DEFENSES**

20             **FIRST AFFIRMATIVE DEFENSE**

21         **(Failure To State A Cause Of Action)**

22       461.   Answering Defendant states and alleges that Plaintiff's First Amended Complaint, in

23  whole and in part, and each and every allegation and cause of action contained therein, fails to set forth

24  facts sufficient to constitute any cause of action against answering Defendant.

25          **SECOND AFFIRMATIVE DEFENSE**

26             **(Failure To Mitigate)**

27       462.   As a separate, distinct and second affirmative defense, answering Defendant states and

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    alleges that if any loss, damage, or detriment has occurred as alleged in Plaintiff's First Amended

2    Complaint, then Plaintiff's alleged losses, if any, should be reduced in whole or in part, as a result of

3    Plaintiff's failure to mitigate her damages.

4                        **THIRD AFFIRMATIVE DEFENSE**

5                          **(Statute Of Limitations)**

6           463.    As a separate, distinct and third affirmative defense, answering Defendant states and

7    alleges that Plaintiff's First Amended Complaint, in whole and in part, or any cause of action

8    purportedly alleged therein, is barred by the applicable statute of limitations, including, but not limited

9    to, California <u>Code of Civil Procedure</u> §§335.1, 340, *et seq., et al.*, and California <u>Government Code</u>

10   §12960 *et seq., et al.*, as applicable herein.

11                       **FOURTH AFFIRMATIVE DEFENSE**

12                              **(Estoppel)**

13          464.    Answering Defendant states and alleges that Plaintiff is estopped from seeking recovery

14   against answering Defendant on the basis of matters alleged in her First Amended Complaint.

15                        **FIFTH AFFIRMATIVE DEFENSE**

16                               **(Waiver)**

17          465.    As a separate, distinct and fifth affirmative defense, answering Defendant states and

18   alleges that Plaintiff has waived her right to proceed against answering Defendant for recovery of

19   damages, if any, as alleged in Plaintiff's First Amended Complaint.

20                        **SIXTH AFFIRMATIVE DEFENSE**

21                           **(Unclean Hands)**

22          466.    Answering Defendant states and alleges  that Plaintiff's recovery of damages is barred

23   as a result of Plaintiff's unclean hands.

24                       **SEVENTH AFFIRMATIVE DEFENSE**

25                               **(Laches)**

26          467.    As a separate, distinct and seventh affirmative defense, answering Defendant states

27   and alleges that Plaintiff's recovery against answering Defendant on the basis of matters alleged in

28
**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1   Plaintiff's First Amended Complaint is barred under the Doctrine of Laches.

2   **EIGHTH AFFIRMATIVE DEFENSE**

3   **(Practice Not Unfair, Unlawful or Fraudulent)**

4        468.   As a separate distinct and eighth affirmative defense answering Defendant states that

5   the business practice complained of is not unfair, false, fraudulent, deceptive, unlawful or misleading.

6   **NINTH AFFIRMATIVE DEFENSE**

7   **(Right to Amend)**

8        469.   As a separate, distinct and affirmative defense, answering Defendant states and

9   alleges  that it specifically reserves its right to amend, modify or supplement its above Answer any

10   affirmative defenses alleged therein, as allowed and permitted under California law.

11   **TENTH AFFIRMATIVE DEFENSE**

12   **(Inadequacy of Class Representatives)**

13        470.   Answering Defendant is informed and believes, and based thereon alleges, that the

14   Plaintiff is not a proper representative of the class she purports to represent and, accordingly, this action

15   is not properly brought as a class action.

16   **ELEVENTH  AFFIRMATIVE DEFENSE**

17   **(Non-Certifiable Class)**

18        471.   Answering Defendant is informed and believes, and based thereon alleges, that the

19   Plaintiff's Complaint does not state facts sufficient to certify a class and that this action is not properly

20   brought as a class action.

21   **TWELFTH AFFIRMATIVE DEFENSE**

22   **(Consent)**

23        472.   Answering Defendant is informed and believes, and based thereon alleges, that the

24   Plaintiff is unable to state a cause of action or sustain her Complaint against answering Defendant

25   because the Plaintiff consented to any and all actions alleged to have been taken by answering

26   Defendant.

27   ///

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1

**THIRTEENTH AFFIRMATIVE DEFENSE**

2

**(Business Justification)**

3    473.    The Plaintiff's Complaint, and each purported cause of action alleged therein, is barred

4 because answering Defendant's conduct in its industry has been reasonable and is justified by legitimate

5 business and economic considerations.

6

**FOURTEENTH AFFIRMATIVE DEFENSE**

7

**(No Availability of Damages)**

8    474.    Pursuant to California Business and Professions Code Section 17200, *et. seq.*, the

9 Plaintiff is not entitled to an award of damages.

10

**FIFTEENTH AFFIRMATIVE DEFENSE**

11

**(Lack of Specificity)**

12    475.    The Second Cause of Action contained in the Plaintiff's Third Amended Complaint,

13 alleging unfair business practices in violation of California Business and Professions Code Section

14 17200, *et. seq.*, is barred because it fails to plead specific facts capable of stating a claim for unfair

15 business practices.

16    **WHEREFORE**, answering Defendant prays as follows:

17    (1)    That Plaintiffs takes nothing by way of their Third Amended Complaint;

18    (2)    That judgment be entered in favor of answering Defendant and against Plaintiffs;

19    (3)    That answering Defendant be awarded its costs of the suit incurred herein and reasonable

20 attorneys' fees; and,

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1    (4)    That answering Defendant be awarded such other and further relief as the Court deems

2  just and proper.

3    DATED: August 18, 2008    **CHAPMAN, GLUCKSMAN, DEAN,**
    **ROEB & BARGER**
4    A Professional Corporation

5

6    By: _____
    **GREGORY K. SABO**
7    **CRAIG A. ROEB**
    **JEFFREY A. COHEN**
8    Attorneys for Defendant HILL STREET JEWELERS
    USA, INC. d/b/a HOT JEWELRY AUCTIONS.COM
9    d/b/a JEWELRY OVERSTOCK AUCTIONS and HILL
    STREET JEWELERS USA, INC. d/b/a HOT JEWELRY
10    AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on August 19, 2008 , I electronically filed the foregoing **DEFENDANT**

3 **HILL STREET JEWELERS USA, INC. d/b/a HOT JEWELRY AUCTIONS.COM d/b/a**

4 **JEWELRY OVERSTOCK AUCTIONS and HILL STREET JEWELERS USA, INC. d/b/a HOT**

5 **JEWELRY AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS ANSWER TO THE THIRD**

6 **AMENDED CLASS ACTION COMPLAINT** with the Clerk of the Court using the CM/ECF system**,**

7 which will send notification of such filing to the following attorneys of record at the following listed

8 email addresses.

9      **Attorneys for Plaintiff Michelle Mazur**
         Matthew A. Siroka, Esq.                              Mas@defendergroup.com
10      Law Office of Matthew A. Siroka
         600 Townsend Street
11      Suite 329E
         San Francisco, CA 94103
12
         Craig Stuart Lanza, Esq.                             Clanza@balestriere.net
13      Balestriere PLLC
         225 Broadway
14      Suite 2700
         New York, NY 10007
15
         John Gerard Balestriere                              Jb@balestriere.net
16      Balestriere Lanza PLLC
         225 Broadway
17      Suite 2700
         New York, NY 10007
18
         **Attorneys for Plaintiff Sarah Bates**
19      Matthew a. Siroka, Esq.                              Mas@defendergroup.com
         Law Office of Matthew A. Siroka
20      600 Townsend Street
         Suite 329E
21      San Francisco, CA 94103

22      **Attorneys for Defendant eBay, Inc.**
         Michael Graham Rhodes, Esq.                      Rhodesmg@cooley.com
23      Cooley Godward Kronish, LLP
         4401 Eastgate Mall
24      San Diego, CA 92121-9109

25      Whitty Somvichian, Esq.                             Wsomvichian@cooley.com
         Cooley Godward Kronish, LLP
26      4401 Eastgate Mall
         San Diego, CA 92121-9109

27

28

**ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**

1  Heather Coe Meservy, Esq.                    Hmeservy@cooley.com
   Cooley Godward, LLP
2  4401 Eastgate Mall
   San Diego, CA 92121-9109
3
   Joseph Samuel Leventhal, Esq.               Leventhaljs@cooley.com
4  Cooley Godward, LLP
   4401 Eastgate Mall
5  San Diego, CA 92121-9109

6  Cathy Ann Hongola, Esq.                      chongola@allenmatkins.com
   Allen, Matkins, Leck, Gamble, Mallory &
7  Natsis, LLP
   Three Embarcadero Center
8  12th Floor
   San Francisco, CA 94111
9  (415) 837-1515 x470

10 **Defendant**
   **Goantiques.com, Inc.**
11
   **Frank J. Rieli, Esq.**                     Friebli@fbm.com
12 Farella Braun & Martel
   235 Montgomery Street
13 Russ Building
   San Francisco, CA 94104
14 (415) 954-4946
   (415) 954-4480 fax
15

16

17 Dated: August 19 2008          _Lisa B. Gill_____
                                   Lisa B. Gill
18                                 CHAPMAN, GLUCKSMAN, DEAN
                                   ROEB & BARGER
19                                 11900 West Olympic Boulevard, Suite 800
                                   Los Angeles, CA 90064
20                                 (310) 207-7722
                                   (310) 207-6550 FAX
21                                 lgill@cgdrblaw.com

22

23

24

25

26

27

28
                              -58-
   **ANSWER TO THE THIRD AMENDED CLASS ACTION COMPLAINT**