1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:    (858) 550-6000
4  Facsimile:    (858) 550-6420

5  COOLEY GODWARD KRONISH LLP
   WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
6  CHANÉE FRANKLIN (236068) (chanee.franklin@cooley.com)
   101 California Street 5th Floor
7  San Francisco, CA 94111
   Telephone:    (415) 693-2000
8  Facsimile:    (415) 693-2222

9  *Attorneys for Defendant eBay, Inc.*

10 Matthew Siroka
   John Balestriere
11 Craig Stuart Lanza
   BALESTRIERE LANZA PPLC
12 225 Broadway, Suite 2900
   New York, NY 10007
13 Telephone:    (212) 374-5404
   Facsimile:    (212) 607-1588
14
   *Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR and SARAH BATES, individually and for all others similarly situated,<br><br>            Plaintiffs,<br><br>     -against-<br><br>EBAY, INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, NEIMANS JEWELRY, GOANTIQUES.COM, INC., and DOES 1-200, inclusive,<br><br>            Defendants. | Case No.  C07 3967 MHP<br><br>**STIPULATION TO POSTPONE INITIAL DISCLOSURES AND FACT DISCOVERY PENDING DISCOVERY AND BRIEFING ON CLASS CERTIFICATION ISSUES**<br><br>Judge:        Hon. Marilyn H. Patel<br>Trial Date:   Not yet set |

The parties, through their respective attorneys, stipulate and agree that:

1. Initial disclosures and fact discovery on issues related to the merits of the claims and defenses in this matter shall be stayed while the parties conduct discovery relevant to class certification issues and brief the class certification motion. The parties will meet and confer in good faith on the scope of discovery needed to address class certification issues.

2. This stipulation may be executed in counterparts, and facsimile copies shall constitute good evidence of such execution.

Dated: September 19, 2008     COOLEY GODWARD KRONISH LLP

By:   /s/ Whitty Somvichian
          Whitty Somvichian

Attorneys for Defendant
eBay, Inc., et al

Dated: September 19, 2008     CHAPMAN GLUCKSMAN & DEAN

By:   /s/ Arthur Chapman
          Arthur Chapman

Attorneys for Defendant
Hot Jewelry Auctions.com

Dated: September 19, 2008     FARELLA BRAUN & MARTEL

By:   /s/ Frank Riebli
          Frank Riebli

Attorneys for Defendant
GoAntiques.com

///

///

IT IS SO ORDERED

Judge Marilyn H. Patel

Cooley Godward Kronish LLP
Attorneys At Law
San Francisco

1099457 v2/SF         2.

Dated: September 19, 2008        BALESTRIERE LANZA PPLC

By: /s/ Craig Lanza
Craig Lanza

Attorneys for Plaintiffs
MICHELE MAZUR, individually and for all others similarly situated

**FILER'S ATTESTATION:**

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  September 19, 2008

By:     /s/ Whitty Somvichian

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1099457 v2/SF                         3.