1  CRAIG STUART LANZA
   JOHN BALESTRIERE
2  WILLIAM S. HOLLEMAN
   KRISTINE CANGCUESTA[†]
3  **BALESTRIERE LANZA PLLC**
   225 Broadway, Suite 2900
4  New York, NY 10007
   Telephone: (212) 374-5404
5  Facsimile:  (212) 208-2613
   Email: clanza@balestriere.net
6
   MATTHEW A. SIROKA (CASBN 233050)
7  **LAW OFFICE OF MATTHEW A. SIROKA**
   600 Townsend Street, Suite 233050
8  San Francisco, CA 94103
   Telephone: (415) 522-1105
9  Facsimile:  (415) 522-1506
   Email:      mas@defendergroup.com
10 *Attorneys for Plaintiffs and the Class*

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  **MICHELE MAZUR and SARAH BATES,**          **Case No. C 07 3967 MHP**
    **individually and for all others similarly**
    **situated,**

16
                              **Plaintiffs,**    **STIPULATION TO POSTPONE**
17                                               **MOTION FOR CLASS**
         **- against -**                         **CERTIFICATION AND FOR**
                                                 **APPOINTMENT OF CLASS**
18  **EBAY, INC., HOT JEWELRY**                  **REPRESENTATIVE AND CLASS**
    **AUCTIONS.COM d/b/a JEWELRY**               **COUNSEL**
19  **OVERSTOCK AUCTIONS.COM d/b/a**
    **PARAMOUNT AUCTIONS, NEIMANS**
20  **JEWELRY, GOANTIQUES.COM, INC.,**
    **and DOES 1-200, inclusive,**
21

22                            **Defendants.**

23

24

25

26

27

28

1  IT IS HEREBY STIPULATED by the undersigned attorneys for the parties that the due

2  date for the motion for class certification in the above-captioned matter shall be

3

4  adjourned from November 10, 2008 until December 1, 2008.  In addition, Defendants'

5  response will be due December 22, 2008 and the Plaintiff's reply will be due January 5,

6  2009.  The motion will be set for hearing on January 26, 2009.

7

8
   Dated: November 10, 2008               COOLEY GODWARD KRONISH LLP
9

10

11                                        By:  /s/ Whitty Somvichian_____
                                                    Whitty Somvichian
12
                                          *Attorney for Defendant*
13                                        eBay, Inc.

14 Dated: November 10, 2008               CHAPMAN GLUCKSMAN & DEAN

15

16                                        By:  /s/ Arthur Chapman_____
                                                    Arthur Chapman
17
                                          *Attorney for Defendant*
18                                        Hot Jewelry Auctions.com

19 Dated: November 10, 2008               LUPER, NEDLANDER

20

21                                        By:  /s/ Matthew Anderson_____
                                                    Matthew Anderson
22                                        *Attorney for Defendant*
                                          GoAntiques.com
23

24

25

26

27

28

BALESTRIERE
LANZA PLLC        CASE NO:  C 07 3967 MHP
ATTORNEYS AT LAW                                                              1

1 | Dated: November 10, 2008          BALESTRIERE LANZA PLLC

2

3 | By: /s/ Craig Lanza
   |     Craig Lanza

4

*Attorney for Plaintiffs*
5 | MICHELE MAZUR and SARAH BATES,
   | individually and for all others similarly situated

6

7 | † Admission pending to the New York State Bar.

8

9

10

11

12  

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BALESTRIERE
LANZA PLLC
ATTORNEYS AT LAW

CASE NO:  C 07 3967 MHP

2