```
Thomas B. Mayhew (State Bar No. 183539)
Frank J. Riebli (State Bar No. 221152)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
tmayhew@fbm.com
friebli@fbm.com

Frederick M. Luper
Matthew Anderson
Luper Niedenthal & Logan
1200 LeVeque Tower
50 West Broad Street
Columbus, OH  43215
Telephone:  (614) 229 4409
```

Attorneys for Defendant GoAntiques, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR and SARAH BATES, individually and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EBAY, INC., et al.,<br><br>Defendant. | Case No.  C 07 3967 MHP<br><br>Judge:  Hon. Marilyn H. Patel<br><br>**MOTION OF FREDERICK M. LUPER AND MATTHEW ANDERSON TO WITHDRAW AS COUNSEL FOR DEFENDANT GOANTIQUES.COM, INC.** |

**MOTION OF FREDERICK M. LUPER AND MATTHEW ANDERSON
TO WITHDRAW AS COUNSEL FOR DEFENDANT GOANTIQUES.COM, INC.**

Pursuant to Local Rule 11-5, Frederick M. Luper, Esq., and Matthew Anderson, Esq., of the law firm Luper Neidenthal & Logan hereby move this Court for an Order permitting their withdrawal as counsel for Defendant GoAntiques.com, Inc.  Local Rule 11-4 requires every attorney permitted to practice in this Court to comply with the standards of professional conduct

Motion of Frederick M. Luper and Matthew
Anderson to Withdraw as Counsel for Defendant
GoAntiques, Inc.

required of members of the State Bar of California. Rule 3-700(C)(1)(f) of the California Rules of Professional Conduct provides that counsel "may not request permission to withdraw in matters pending before a tribunal, and may not withdraw in other matters, unless such request or such withdrawal is because . . . the client . . . breaches an agreement or obligation to [counsel] as to expenses or fees." Further, Local Rule 11-5(a) provides, "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case."

Consistent with Local Rule 11-5(a), Defendant GoAntiques.com has been given written notice that attorneys Frederick M. Luper and Matthew Anderson will withdraw as counsel unless Defendant fulfills its obligations to said attorneys. Despite reasonable warning, Defendant GoAntiques.com has failed to fulfill its obligations to attorneys Luper and Anderson. As required by Local Rule 11-(5)(a), attorneys Luper and Anderson have also provided written notice to all other parties who have appeared in this case. Because Defendant GoAntiques.com has failed to fulfill its obligations to attorneys Luper and Anderson, and because attorneys Luper and Anderson have complied with all Local Rules and the California Rules of Professional Conduct, this Court should grant this Motion to Withdraw.

Dated: August 24, 2009

/s/ Frederick M. Luper
By: Frederick M. Luper (*pro hac vice*)
Attorney for Defendant
GoAntiques.com, Inc.

Dated: August 24, 2009

/s/ Matthew Anderson
By: Matthew Anderson (*pro hac vice*)
Attorney for Defendant
GoAntiques.com, Inc.

Motion of Frederick M. Luper and Matthew
Anderson to Withdraw as Counsel for Defendant                - 2 -
GoAntiques, Inc.