1   Thomas B. Mayhew (State Bar No. 183539)
    Frank J. Riebli (State Bar No. 221152)
2   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
3   San Francisco, CA  94104
    Telephone:  (415) 954-4400
4   Facsimile:  (415) 954-4480
    tmayhew@fbm.com
5   friebli@fbm.com

6   Frederick M. Luper
    Matthew Anderson
7   Luper Niedenthal & Logan
    1200 LeVeque Tower
8   50 West Broad Street
    Columbus, OH  43215
9   Telephone:  (614) 229 4409

10  Attorneys for Defendant GoAntiques, Inc.

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  MICHELE MAZUR and SARAH BATES,          Case No.  C 07 3967 MHP
    individually and for all others similarly
17  situated,                                Judge:  Hon. Marilyn H. Patel

18              Plaintiff,                    **MOTION OF FREDERICK M. LUPER**
                                              **AND MATTHEW ANDERSON TO**
19        vs.                                 **WITHDRAW AS COUNSEL FOR**
                                              **DEFENDANT GOANTIQUES.COM, INC.**
20  EBAY, INC., et al.,

21              Defendant.

22

23          **MOTION OF FREDERICK M. LUPER AND MATTHEW ANDERSON**
         **TO WITHDRAW AS COUNSEL FOR DEFENDANT GOANTIQUES.COM, INC.**

24
            Pursuant to Local Rule 11-5, Frederick M. Luper, Esq., and Matthew Anderson, Esq., of
25
    the law firm Luper Neidenthal & Logan hereby move this Court for an Order permitting their
26
    withdrawal as counsel for Defendant GoAntiques.com, Inc.  Local Rule 11-4 requires every
27
    attorney permitted to practice in this Court to comply with the standards of professional conduct
28

Motion of Frederick M. Luper and Matthew
Anderson to Withdraw as Counsel for Defendant
GoAntiques, Inc.

1    required of members of the State Bar of California.  Rule 3-700(C)(1)(f) of the California Rules

2    of Professional Conduct provides that counsel "may not request permission to withdraw in

3    matters pending before a tribunal, and may not withdraw in other matters, unless such request or

4    such withdrawal is because . . . the client . . . breaches an agreement or obligation to [counsel] as

5    to expenses or fees."  Further, Local Rule 11-5(a) provides, "[c]ounsel may not withdraw from an

6    action until relieved by order of Court after written notice has been given reasonably in advance

7    to the client and to all other parties who have appeared in the case."

8

9           Consistent with Local Rule 11-5(a), Defendant GoAntiques.com has been given written

10   notice that attorneys Frederick M. Luper and Matthew Anderson will withdraw as counsel unless

11   Defendant fulfills its obligations to said attorneys.  Despite reasonable warning, Defendant

12   GoAntiques.com has failed to fulfill its obligations to attorneys Luper and Anderson.  As required

13   by Local Rule 11-(5)(a), attorneys Luper and Anderson have also provided written notice to all

14   other parties who have appeared in this case.  Because Defendant GoAntiques.com has failed to

15   fulfill its obligations to attorneys Luper and Anderson, and because attorneys Luper and

16   Anderson have complied with all Local Rules and the California Rules of Professional Conduct,

17   this Court should grant this Motion to Withdraw.

18

19

20   Dated: August **24**, 2009          /s/ Frederick M. Luper
                                          By: Frederick M. Luper (*pro hac vice*)
21                                        Attorney for Defendant
                                          GoAntiques.com, Inc.
22

23

24   Dated: August **24**, 2009          /s/ Matthew Anderson
                                          By: Matthew Anderson (*pro hac vice*)
25                                        Attorney for Defendant
                                          GoAntiques.com, Inc.
26

27

28

Motion of Frederick M. Luper and Matthew
Anderson to Withdraw as Counsel for Defendant            - 2 -
GoAntiques, Inc.

1

**[PROPOSED]** ORDER OF THE COURT

2

The Motion of Frederick M. Luper and Matthew Anderson of the law firm Luper

3

Neidenthal & Logan to withdraw as counsel of record for Defendant GoAntiques.com, Inc. in the

4

above-entitled matter is hereby GRANTED.

5

6

7

8

Dated:  8/28/2009



IT IS SO ORDERED

Judge Marilyn H. Patel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion of Frederick M. Luper and Matthew
Anderson to Withdraw as Counsel for Defendant
GoAntiques, Inc.                                   - 3 -