COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant eBay Inc.*

Matthew A. Siroka (CASBN 233050)
John Balestriere
Craig Stuart Lanza
BALESTRIERE LANZA PPLC
225 Broadway, Suite 2900
New York, NY 10007
Telephone: (212) 374-5404
Facsimile: (212) 607-1588

*Attorneys for Plaintiffs Michele Mazur and Sarah Batess*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MAZUR and SARAH BATES, individually and for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., HOT JEWELRY AUCTIONS.COM d/b/a JEWELRY OVERSTOCK AUCTIONS.COM d/b/a PARAMOUNT AUCTIONS, NEIMANS JEWELRY, GOANTIQUES.COM, INC., and DOES 1-200, inclusive,<br><br>Defendants. | Case No. C07 3967 MHP<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

654573 v1/SD

1.

[PROPOSED] ORDER DISMISSING CASE
CASE NO. C07 3967 MHP

The Court, having considered the Parties' Stipulation to Dismissal With Prejudice, hereby orders that the above-captioned action, including all claims and counterclaims between them, is dismissed with prejudice, each Party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: __1/8/2010_____

_____
Hon. Marilyn H. Patel, Judge

*[Signature and seal: IT IS SO ORDERED, Judge Marilyn H. Patel, United States District Court, Northern District of California]*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

654573 v1/SD

2.

**[PROPOSED] ORDER DISMISSING CASE**
**CASE NO. C07 3967 MHP**